**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Phone: (817) 916-4710
Fax: (817) 916-4770

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                                                CASE NO.: 20-43914-MXM-13

**CARROLL JAMES LEBOUEF III**
    2130 SHORELINE DR
    FLOWER MOUND, TX 75022
    SSN/TIN: XXX-XX-5878

**CHALLIS LEE LEBOUEF**
    2130 SHORELINE DR
    FLOWER MOUND, TX 75022
    SSN/TIN: XXX-XX-3862

**DEBTORS**                                                              **MEETING: FEBRUARY 9, 2021 AT 1:30 PM**

## NOTICE OF § 341 MEETING OF CREDITORS BY VIDEO-CONFERENCE

    The Standing Chapter 13 Trustee will conduct a video-conference § 341 Meeting of Creditors for the bankruptcy case identified above. The meeting will be conducted using Zoom which is an application that can be downloaded for free to a computer, smartphone, or other smart device at: www.zoom.us or at the Application Store on your smart device. (The Debtors are not required to register with Zoom. Downloading the application will be sufficient.) **The meeting will be conducted during a 3-hour window beginning at 1:30 PM on the date above.** The Debtors must have acceptable documents for identification and verification of Social Security number.

    Prior to the meeting, Debtors' counsel shall ensure that the Debtors have a smart device capable of video-conferencing with Zoom and assist the Debtors with downloading and using Zoom. Debtor's counsel shall also provide the Trustee with contact email address for Debtors' counsel. *Pro se* debtors are responsible for verifying their ability to use Zoom and providing a contact email address. Creditors and other parties-in-interest who choose to participate must also provide the Trustee with contact email addresses.

    **EMAIL ADDRESSES FOR THE PRO SE DEBTOR, DEBTOR'S COUNSEL, ANY PARTICIPATING CREDITOR, OR PARTY-IN-INTEREST MUST BE SUBMITTED TO bassel341docs @ fwch13.com AT LEAST TWENTY-FOUR HOURS PRIOR TO THE MEETING BY EMAIL. THE CASE NUBMER MUST BE IN THE SUBJECT LINE OF THE EMAIL.**

    Prior to commencement of the meeting, *pro se* Debtors, Debtors' counsel, and any other parties who have chosen to participate by providing an email address will receive meeting invitations from the Trustee at the email addresses provided**. *Debtors' counsel shall provide the Zoom link and/or Meeting ID and password to the Debtors.*** All parties must be available to join the meeting at 2:00 PM and may have to wait for the Presiding Officer to complete other scheduled meetings before the meeting commences. When the invitation to join the meeting is received, all parties shall join the meeting within five minutes of the start time. If the Debtors or Debtors' attorney does not timely join the meeting, it will be re-set and a Motion to Dismiss will be filed, if appropriate. If a creditor or other party fails to timely join the meeting, the meeting will commence without their participation.

    ANY PARTIES THAT CANNOT PARTICIPATE DUE TO TECHNOLOCIGAL ISSUES MUST CONTACT THE TRUSTEE AT LEAST TWENTY-FOUR HOURS PRIOR TO THE MEETING TO MAKE ALTERNATIVE ARRANGEMENTS.

**DEBTORS MAY TAKE A FREE ON-LINE PERSONAL FINANCIAL MANAGEMENT COURSE WHICH WILL SATISFY ONE OF THE REQUIREMENTS FOR A CHAPTER 13 DISCHARGE BY GOING TO www.13class.com <http://www.13class.com> and using the Bassel Trustee Identifier Number TEN13033 or Truman Trustee Identifier Number TEN13001.**

                                                                                         Respectfully submitted,

                                                           By:     /s/ Ethan S. Cartwright
                                                                          Ethan S. Cartwright, Staff Attorney
                                                                          Bar No. 24068273
                                                                          PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                                                                          Bar No. 01344800
                                                                          7001 Blvd 26, Ste 150
                                                                          North Richland Hills, TX 76180
                                                                          (817) 916-4710 Phone
                                                                          (817) 916-4770 Fax

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before January 20, 2021.  Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors and the parties listed below, if any.

By:  /s/ Ethan S. Cartwright
Ethan S. Cartwright

CREDITORS:

1st Natl B,  3801 Fairway Blvd,  Wichita Falls, TX  76310-0000

Advancial,  1845 Woodall Rodgers Freeway,  Suite 1300,  Dallas, TX  75201-0000

Amex,  Correspondence Bankruptcy,  PO Box 981540,  El Paso, TX  79998-0000

ATTORNEY GENERAL OF TEXAS,  COLLECTIONS DIV/BANKRUPTCY SEC,  PO BOX 12548,  AUSTIN, TX  78711

Bank of America,  Attn Bankruptcy,  NC4 105 03 14 PO Box 26012,  Greensboro, NC  27420-0000

Bank of America,  Attn Bankruptcy,  PO Box 982234,  El Paso, TX  79998-0000

CAPITAL ONE,  PO BOX 30285,  SALT LAKE CITY, UT  84130

Carter Federal Credit Union,  Attn Bankruptcy,  6885 Bert Kouns,  Shreveport, LA  71129-0000

Chase Auto Finance,  Attn Bankruptcy,  PO Box 901076,  Fort Worth, TX  76101-0000

CITIBANK,  PO BOX 790034,  SAINT LOUIS, MO  64195-0000

COMENITY BANK,  PO BOX 182125,  COLUMBUS, OH  43218-0000

Discover Financial,  Attn Bankruptcy,  PO Box 3025,  New Albany, OH  43054-0000

Endurance Fcu Fka Hefc,  703 South 9th Street,  Duncan, OK  73533-0000

First Data,  5565 Glenridge Connector NE,  Ste 2000,  Atlanta, GA  30342-0000

INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101

La Capital Federal Cr,  660 Laurel St,  Baton Rouge, LA  70821-0000

LEWISVILLE ISD,  C/O LINEBARGER GOGGAN BLAIR & SAMPSON,  2777 N STEMMONS FRWY STE 1000,  DALLAS, TX  75207-0000

LINEBARGER GOGGAN BLAIR AND SAMPSON,  2777 N STEMMONS FWY STE 1000,  DALLAS, TX  75207-0000

MCCARTHY & HOLTHUS LLP,  1255 W 15TH ST STE 1060,  PLANO, TX  75075-0000

MCCREARY VESELKA BRAGG & ALLEN,  PO BOX 1269,  ROUND ROCK, TX  78680-0000

Midlandstbk greensky,  1797 Ne Expressway,  Atlanta, GA  30329-0000

MOBILITY CREDIT UNION,  PO BOX 630428,  IRVING, TX  75063-0000

Nelnet,  Attn Bankruptcy Claims,  PO Box 82505,  Lincoln, NE  68501-0000

PERDUE BRACKETT FLORES UTT & BURNS, JV,  C/O PBFC&M, LLP,  500 E BORDER ST STE 640,  ARLINGTON, TX  76010-0000

SEARCY & SEARCY PC,  SIMMONS BANK,  PO BOX 3929,  LONGVIEW, TX  75606-0000

Simmons Bank,  Attn Bankruptcy,  PO Box 7009,  Pine Bluff, AR  71611-0000

Snap On Crdt,  950 Technology Way,  Suite 301,  Libertyville, IL  60048-0000

SYNCHRONY BANK,  PO BOX 965064,  ORLANDO, FL  32896-0000

SYNCHRONY BANK,  PO BOX 965060,  ORLANDO, FL  32896-0000

SYNCHRONY BANK,  C/O PRA RECEIVABLES MANAGEMENT LLC,  PO BOX 41021,  NORFOLK, VA  23541-0000

Synerprise Consulting Services Inc,  Attn Bankruptcy,  5651 Broadmoor,  Mission, KS  66202-0000

TARRANT COUNTY TAX COLLECTOR,  DELINQUENT TAX DEPARTMENT,  2777 N STEMMONS FREEWAY STE 1000,  DALLAS, TX  75207-0000

TEXAS ALCOHOLIC BEVERAGE COMM,  LICENSES AND PERMITS DIVISION,  PO BOX 13127,  AUSTIN, TX  78711

TEXAS COMPTROLLER PUBLIC ACCTS,  REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN, TX  78711

TEXAS WORKFORCE COMMISSION,  TAX DEPT COLLECTION FKA TEC,  101 E 15TH ST, RM 556-A,  AUSTIN, TX  78778-0000

UNITED STATES ATTORNEY,  1100 COMMERCE ST 3RD FLOOR,  DALLAS, TX  75242

Wells Fargo Bank NA,  MAC F8234F 02F,  PO Box 10438,  Des Moines, IA  50306-0000

Wells Fargo Home Mor,  Attn Written Correspondence Bankruptcy,  MAC No 2302 04E POB 10335,  Des Moines, IA  50306-0000

Yourcommcu,  Po Box 630428,  Irving, TX  75063-0000

***Address on record invalid for recipient -- no document mailed to this party.