**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carroll** | **James** | **LeBouef, III** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Challis** | **Lee** | **LeBouef** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **20-43914-mxm-13**
(if known)

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.**

**2130 Shoreline Drive**
Street address, if available, or other description

**Flower Mound** **TX** **75022**
City State ZIP Code

**Denton**
County

**2130 Shoreline Drive , Flower Mound, TX 75022**
**Single Family Residence**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **583023**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $260,711.00 | $260,711.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☑ Check if this is community property
(see instructions)

| Debtor 1 | **Carroll James LeBouef, III** |
|----------|--------------------------------|
| Debtor 2 | **Challis Lee LeBouef** |

Case number (if known) **20-43914-mxm-13**

---

**1.2.**

**2129 Shoreline Drive**
Street address, if available, or other description

**Flower Mound**    **TX**   **75022**
City          State   ZIP Code

**Denton**
County

**2129 Shoreline Drive, Flower Mound, TX 75022**
**Single Family Residence**

**What is the property?**
Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?**
Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **465840**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**      **Current value of the portion you own?**

**$200,000.00**          **$200,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Rental Property**

- ☑ Check if this is community property
  (see instructions)

---

**1.3.**

**2171 Shoreline Drive**
Street address, if available, or other description

**Flower Mound**    **TX**   **75022**
City          State   ZIP Code

**Denton**
County

**2171 Shoreline Drive, Flower Mound, TX 75022**
**Single Family Residence**

**What is the property?**
Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?**
Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **465841**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**      **Current value of the portion you own?**

**$165,000.00**          **$165,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Rental Property**

- ☑ Check if this is community property
  (see instructions)

---

Debtor 1 **Carroll James LeBouef, III**
Debtor 2 **Challis Lee LeBouef**                                          Case number (if known) **20-43914-mxm-13**

---

**1.4.**

**Shoreline Drive**
Street address, if available, or other description

**Flower Mound**          **TX**   **75022**
City                              State   ZIP Code

**Denton**
County

**Shoreline Drive, Flower Mound, TX 75022**
**Residential Lot 20R Twin Cove Estates Blk A - connected to homestead - CONTIGUOUS LAND TO HOMESTEAD**

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:   **465841**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**
            **$133,588.00**                                  **$133,588.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known:**

**Undeveloped Land**

☑ Check if this is community property
(see instructions)

---

**2.**   Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................➔    **$759,299.00**

---

## Part 2:   Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.**   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1.**
Make:            **Land Rover**
Model:          **Range Rover Sport**
Year:            **2014**
Approximate mileage: **95,000**
Other information:
**2014 Land Rover Range Rover Sport (approx. 95,000 miles)**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**
            **$25,000.00**                                  **$25,000.00**

**3.2.**
Make:            **Ford**
Model:          **Excursion**
Year:            **2003**
Approximate mileage: **240,000**
Other information:
**2003 Ford Excursion (approx. 240,000 miles)**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**
            **$15,000.00**                                  **$15,000.00**

---

| Debtor 1 | **Carroll James LeBouef, III** | | |
|---|---|---|---|
| Debtor 2 | **Challis Lee LeBouef** | Case number (if known) | **20-43914-mxm-13** |

**3.3.**

| Make: | **Ford** |
|---|---|
| Model: | **Mustang GT** |
| Year: | **1993** |
| Approximate mileage: | |

Other information:
**1993 Ford Mustang GT (only a shell)**

Who has an interest in the property?
Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$1,000.00** | **$1,000.00** |

**3.4.**

| Make: | **Ford** |
|---|---|
| Model: | **Bronco** |
| Year: | **1993** |
| Approximate mileage: | |

Other information:
**1993 Ford Bronco**

Who has an interest in the property?
Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$5,000.00** | **$5,000.00** |

**3.5.**

| Make: | **Ford** |
|---|---|
| Model: | **Bronco** |
| Year: | **1969** |
| Approximate mileage: | |

Other information:
**1969 Ford Bronco**

Who has an interest in the property?
Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$3,000.00** | **$3,000.00** |

**3.6.**

| Make: | **FJ** |
|---|---|
| Model: | **Crusier** |
| Year: | **1969** |
| Approximate mileage: | |

Other information:
**1969 FJ Crusier**

Who has an interest in the property?
Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$3,000.00** | **$3,000.00** |

**3.7.**

| Make: | **Willy's** |
|---|---|
| Model: | |
| Year: | **1953** |
| Approximate mileage: | |

Other information:
**1953 Willy's**

Who has an interest in the property?
Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$2,000.00** | **$2,000.00** |

**3.8.**

| Make: | **Volkswagen** |
|---|---|
| Model: | **Bug** |
| Year: | **1957** |
| Approximate mileage: | |

Other information:
**1957 Volkswagen Bug**

Who has an interest in the property?
Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$500.00** | **$500.00** |

| Debtor 1 | **Carroll James LeBouef, III** | | |
|---|---|---|---|
| Debtor 2 | **Challis Lee LeBouef** | Case number (if known) | **20-43914-mxm-13** |

**3.9.**

| | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Pontiac** | Check one. | |
| Model: | **GTO** | ☐ Debtor 1 only | |
| Year: | **2005** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | | ☒ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | **$4,950.00** / **$4,950.00** |

Other information:
**2005 Pontiac GTO**

☒ **Check if this is community property** (see instructions)

**3.10.**

| | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Pontiac** | Check one. | |
| Model: | **TransAm** | ☐ Debtor 1 only | |
| Year: | **1978** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | | ☒ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | **$5,400.00** / **$5,400.00** |

Other information:
**1978 Pontiac TransAm**

☒ **Check if this is community property** (see instructions)

**4.** **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☒ Yes

**4.1.**

| | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Car Hauler** | Check one. | |
| Model: | | ☐ Debtor 1 only | |
| Year: | | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | | ☒ Debtor 1 and Debtor 2 only | |
| Other information: | | ☐ At least one of the debtors and another | **$2,500.00** / **$2,500.00** |

**Car Hauler**

☒ **Check if this is community property** (see instructions)

**4.2.**

| | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **24' Utility** | Check one. | |
| Model: | **Trailer** | ☐ Debtor 1 only | |
| Year: | | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | | ☒ Debtor 1 and Debtor 2 only | |
| Other information: | | ☐ At least one of the debtors and another | **$2,500.00** / **$2,500.00** |

**24' Utility Trailer**

☒ **Check if this is community property** (see instructions)

**4.3.**

| | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Donzi** | Check one. | |
| Model: | **Boat** | ☐ Debtor 1 only | |
| Year: | **2002** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | | ☒ Debtor 1 and Debtor 2 only | |
| Other information: | | ☐ At least one of the debtors and another | **$18,900.00** / **$18,900.00** |

**2002 Donzi Boat**

☒ **Check if this is community property** (see instructions)

| Debtor 1 | **Carroll James LeBouef, III** | | |
|---|---|---|---|
| Debtor 2 | **Challis Lee LeBouef** | Case number (if known) | **20-43914-mxm-13** |

---

**4.4.**

Make: **Procraft**

Model: **Boat**

Year: _____

Other information:
**Procraft Boat (blown engine)**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$100.00** | **$100.00** |

---

**4.5.**

Make: **GoDevil**

Model: **Boat**

Year: _____

Other information:
**GoDevil Boat**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$200.00** | **$200.00** |

---

**4.6.**

Make: **Can-Am**

Model: _____

Year: _____

Other information:
**Can-Am**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$5,000.00** | **$5,000.00** |

---

**4.7.**

Make: **Can-Am**

Model: _____

Year: _____

Other information:
**Can-Am**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$5,000.00** | **$5,000.00** |

---

**4.8.**

Make: **250cc 4-Wheeler**

Model: _____

Year: _____

Other information:
**250cc 4-Wheeler**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$1,000.00** | **$1,000.00** |

---

**4.9.**

Make: **90cc 4-Wheeler**

Model: _____

Year: _____

Other information:
**90cc 4-Wheeler**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$500.00** | **$500.00** |

---

Debtor 1 **Carroll James LeBouef, III**
Debtor 2 **Challis Lee LeBouef**                                        Case number (if known) **20-43914-mxm-13**

| | | |
|---|---|---|
| 4.10. | **Who has an interest in the property?** | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Make: **250cc CRFR** | Check one. | |
| Model: | ☐ Debtor 1 only | |
| Year: | ☐ Debtor 2 only | **Current value of the entire property?** · **Current value of the portion you own?** |
| Other information: | ☒ Debtor 1 and Debtor 2 only | |
| **250cc CRFR** | ☐ At least one of the debtors and another | **$500.00** · **$500.00** |
| | ☒ **Check if this is community property** (see instructions) | |

| | | |
|---|---|---|
| 4.11. | **Who has an interest in the property?** | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Make: **125cc YZF** | Check one. | |
| Model: | ☐ Debtor 1 only | |
| Year: | ☐ Debtor 2 only | **Current value of the entire property?** · **Current value of the portion you own?** |
| Other information: | ☒ Debtor 1 and Debtor 2 only | |
| **125cc YZF** | ☐ At least one of the debtors and another | **$500.00** · **$500.00** |
| | ☒ **Check if this is community property** (see instructions) | |

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................................... → | **$101,550.00** |

## Part 3:  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes. Describe..... | **See continuation page(s).** | **$4,160.00**

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes. Describe..... | **See continuation page(s).** | **$1,660.00**

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
☒ Yes. Describe..... | **See continuation page(s).** | **$1,085.00**

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
☒ Yes. Describe..... | **Exercise Equipment** | **$800.00**

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☒ No
☐ Yes. Describe.....

| Debtor 1 | **Carroll James LeBouef, III** | | |
|---|---|---|---|
| Debtor 2 | **Challis Lee LeBouef** | Case number (if known) | **20-43914-mxm-13** |

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe..... | **See continuation page(s).** | $700.00

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe..... | **See continuation page(s).** | $6,500.00

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information............

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.................................................................................... → | $14,905.00

---

## Part 4:    Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes.................................................................................................................... Cash: ......................... |

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes............................ | Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **Business Checking account- Chase #9527** | $7.52 |
| 17.2. | Checking account: | **Personal Checking account-Chase #7038** | $0.00 |
| 17.3. | Checking account: | **Business Checking account- Chase #8791** | $0.00 |
| 17.4. | Savings account: | **Business Savings account- Chase #8051** | $0.00 |

Debtor 1    **Carroll James LeBouef, III**
Debtor 2    **Challis Lee LeBouef**                                   Case number (if known)  **20-43914-mxm-13**

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes............................ Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes.  Give specific
    information about
    them..........................  Name of entity:                              % of ownership:

    **Maverick Wealth Management**                      **100%**              **$0.00**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes.  Give specific
    information about
    them..........................  Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
                profit-sharing plans

    ☑ No
    ☐ Yes.  List each
    account separately.      Type of account:        Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
    companies, or others

    ☐ No
    ☑ Yes............................
                                Institution name or individual:

                                Security deposit on rental unit:  **Security deposit on rental unit-ENIGMA PROPERTIES**      **$0.00**

23. **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)
    ☑ No
    ☐ Yes............................ Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☐ No
    ☑ Yes............................  Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

    **New York LIfe 529 State Tuition Program #8201**                      **$1,015.49**

    **New York LIfe 529 State Tuition Program #8202**                      **$1,375.07**

    **American Funds 529 Tuition Plan**                                    **$409.27**

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☑ No
    ☐ Yes.  Give specific
    information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes.  Give specific
    information about them

Debtor 1    **Carroll James LeBouef, III**

Debtor 2    **Challis Lee LeBouef**      Case number (if known)   **20-43914-mxm-13**

---

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☒ No
    ☐ Yes. Give specific information about them

**Money or property owed to you?**      **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ☒ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.....................

    Federal: _____
    State: _____
    Local: _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☒ No
    ☐ Yes. Give specific information

    Alimony: _____
    Maintenance: _____
    Support: _____
    Divorce settlement: _____
    Property settlement: _____

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☒ No
    ☐ Yes. Give specific information

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No
    ☒ Yes. Name the insurance company of each policy and list its value...............

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | **New York Life Insurance** | | **$716.77** |
    | **New York Life Insurance (full value $347,685.00)** | | **$1,230.08** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

    ☒ No
    ☐ Yes. Give specific information

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☒ No
    ☐ Yes. Describe each claim........

---

Debtor 1 **Carroll James LeBouef, III**
Debtor 2 **Challis Lee LeBouef**                  Case number (if known) **20-43914-mxm-13**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ☑ No
   ☐ Yes. Describe each claim........

35. **Any financial assets you did not already list**

   ☑ No
   ☐ Yes. Give specific information

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**........................................................................➔ **$4,754.20**

---

**Part 5:**   **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

   ☐ No. Go to Part 6.
   ☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

   ☑ No
   ☐ Yes. Describe..

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

   ☑ No
   ☐ Yes. Describe..

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

   ☐ No
   ☑ Yes. Describe. **Misc Tools**                          **$5,000.00**

41. **Inventory**

   ☑ No
   ☐ Yes. Describe..

42. **Interests in partnerships or joint ventures**

   ☑ No
   ☐ Yes. Describe..... Name of entity:                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

   ☑ No
   ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
      ☐ No
      ☐ Yes. Describe....

Debtor 1  **Carroll James LeBouef, III**

Debtor 2  **Challis Lee LeBouef**

Case number (if known)  **20-43914-mxm-13**

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................................** ➔  | $5,000.00 |

---

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

---

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes....

48. **Crops--either growing or harvested**

☑ No

☐ Yes. Give specific information................

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes....

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes....

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information................

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here.................................................................................** ➔  | $0.00 |

---

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

---

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information.

54. **Add the dollar value of all of your entries from Part 7. Write that number here.............................** ➔  | $0.00 |

Debtor 1    **Carroll James LeBouef, III**
Debtor 2    **Challis Lee LeBouef**                                    Case number (if known)  **20-43914-mxm-13**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2**......................................................................................................➔    **$759,299.00**

56.  **Part 2: Total vehicles, line 5**                                     **$101,550.00**

57.  **Part 3: Total personal and household items, line 15**             **$14,905.00**

58.  **Part 4: Total financial assets, line 36**                         **$4,754.20**

59.  **Part 5: Total business-related property, line 45**                **$5,000.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**       **$0.00**

61.  **Part 7: Total other property not listed, line 54**            +   **$0.00**

62.  **Total personal property.**   Add lines 56 through 61.................   **$126,209.20**   Copy personal property total  ➔  +   **$126,209.20**

63.  **Total of all property on Schedule A/B.**   Add line 55 + line 62..................................................................   **$885,508.20**

Debtor 1    **Carroll James LeBouef, III**
Debtor 2    **Challis Lee LeBouef**                                     Case number (if known) __**20-43914-mxm-13**__

6.  **Household goods and furnishings (details):**

| | |
|---|---|
| **Couch** | **$300.00** |
| **Chair** | **$100.00** |
| **Loveseat** | **$150.00** |
| **2 Lamps** | **$10.00** |
| **Dining Table** | **$100.00** |
| **Armoire** | **$200.00** |
| **Dishes** | **$25.00** |
| **Pots/Pans** | **$40.00** |
| **Small APpliances** | **$35.00** |
| **3 Refrigerators** | **$350.00** |
| **Washing Machine/Dryer** | **$500.00** |
| **Dishwasher** | **$100.00** |
| **Stove/Oven** | **$150.00** |
| **Microwave** | **$150.00** |
| **3 Beds** | **$500.00** |
| **3 Dressers** | **$300.00** |
| **4 Night Tables** | **$150.00** |
| **Mirror** | **$50.00** |
| **Lawn Furniture** | **$150.00** |
| **Misc. Lawn Equipment** | **$300.00** |
| **Misc. Power Tools** | **$500.00** |

7.  **Electronics (details):**

| | |
|---|---|
| **3 Televisoins** | **$500.00** |
| **Ent Center** | **$150.00** |
| **3 DVD Players** | **$50.00** |
| **Camera** | **$300.00** |
| **Telephone** | **$10.00** |
| **3 Computers** | **$600.00** |
| **Printer** | **$50.00** |

8.  **Collectibles of value (details):**

| | |
|---|---|
| **Books** | **$30.00** |
| **Video Games** | **$250.00** |
| **CDs** | **$20.00** |
| **Statues** | **$200.00** |

| Debtor 1 | **Carroll James LeBouef, III** | | |
|---|---|---|---|
| Debtor 2 | **Challis Lee LeBouef** | Case number (if known) | **20-43914-mxm-13** |

| | | |
|---|---|---|
| **DVDs** | | **$35.00** |
| **Antiques** | | **$500.00** |
| **Family Pictures** | | **$50.00** |

**11.** Clothes (details):

| | | |
|---|---|---|
| **Clothes** | | **$400.00** |
| **Shoes** | | **$300.00** |

**12.** Jewelry (details):

| | | |
|---|---|---|
| **ROLEX 69173, #R474151; 2T LADIES DATEJUST 18KYG FLUTED BEZEL WHITE ROMAN NUMERAL DIAL WITH BOX AND GEM WORLD PRE OWNED ROLEX** | | **$1,250.00** |
| **VACHERON CONSTANTIN; 18KYG VERSACE EARRINGS AND RING WITH DIAMONDS APX 18 DWT** | | **$750.00** |
| **SOLITAIRE RING DBHB JEWELRY; 14KYG W/ APPROX. 1.80CT OLD EURO CUT DIAMOND J-K/VS (SEVERAL SMALL KNICKS IN GIRDLE)** | | **$3,750.00** |
| **EARRINGS DBHB JEWELRY; 2 PAIR DIAMOND STUDS - APPROX. .90CTW RBC IN 14KYG & APPROX. .40CTW PRIN IN 14KWG** | | **$250.00** |
| **Costume Jewlery** | | **$500.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carroll** | **James** | **LeBouef, III** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Challis** | **Lee** | **LeBouef** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **20-43914-mxm-13**
(if known)

☐ Check if this is an amended filing

Official Form 106C
## Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| **Part 1:** | **Identify the Property You Claim as Exempt** |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2130 Shoreline Drive , Flower Mound, TX 75022**<br>**Single Family Residence**<br>**Parcel: 583023**<br>Line from *Schedule A/B*: __1.1__ | **$260,711.00** | ☑ **$155,013.64**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description:<br>**Shoreline Drive, Flower Mound, TX 75022**<br>**Residential Lot 20R Twin Cove Estates Blk A - connected to homestead -**<br>**CONTIGUOUS LAND TO HOMESTEAD**<br>**Parcel: 465841**<br>Line from *Schedule A/B*: __1.4__ | **$133,588.00** | ☑ **$130,781.04**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   　　☐ No
   　　☐ Yes

| Debtor 1 | **Carroll James LeBouef, III** | | |
|---|---|---|---|
| Debtor 2 | **Challis Lee LeBouef** | Case number (if known) | **20-43914-mxm-13** |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2014 Land Rover Range Rover Sport (approx. 95,000 miles)**<br>Line from *Schedule A/B*: __3.1__ | **$25,000.00** | ☑ **$10,398.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**2003 Ford Excursion (approx. 240,000 miles)**<br>Line from *Schedule A/B*: __3.2__ | **$15,000.00** | ☑ **$15,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**Couch**<br>Line from *Schedule A/B*: __6__ | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Chair**<br>Line from *Schedule A/B*: __6__ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Loveseat**<br>Line from *Schedule A/B*: __6__ | **$150.00** | ☑ **$150.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**2 Lamps**<br>Line from *Schedule A/B*: __6__ | **$10.00** | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Dining Table**<br>Line from *Schedule A/B*: __6__ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Armoire**<br>Line from *Schedule A/B*: __6__ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Dishes**<br>Line from *Schedule A/B*: __6__ | **$25.00** | ☑ **$25.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1  **Carroll James LeBouef, III**

Debtor 2  **Challis Lee LeBouef**                                    Case number (if known)  **20-43914-mxm-13**

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Pots/Pans**<br><br>Line from *Schedule A/B*: __6__ | $40.00 | ☑ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Small APpliances**<br><br>Line from *Schedule A/B*: __6__ | $35.00 | ☑ $35.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**3 Refrigerators**<br><br>Line from *Schedule A/B*: __6__ | $350.00 | ☑ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Washing Machine/Dryer**<br><br>Line from *Schedule A/B*: __6__ | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Dishwasher**<br><br>Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Stove/Oven**<br><br>Line from *Schedule A/B*: __6__ | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Microwave**<br><br>Line from *Schedule A/B*: __6__ | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**3 Beds**<br><br>Line from *Schedule A/B*: __6__ | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**3 Dressers**<br><br>Line from *Schedule A/B*: __6__ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1 **Carroll James LeBouef, III**

Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **4 Night Tables** <br><br> Line from *Schedule A/B:* __6__ | $150.00 | ☑ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Mirror** <br><br> Line from *Schedule A/B:* __6__ | $50.00 | ☑ $50.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Lawn Furniture** <br><br> Line from *Schedule A/B:* __6__ | $150.00 | ☑ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Misc. Lawn Equipment** <br><br> Line from *Schedule A/B:* __6__ | $300.00 | ☑ $300.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Misc. Power Tools** <br><br> Line from *Schedule A/B:* __6__ | $500.00 | ☑ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **3 Televisoins** <br><br> Line from *Schedule A/B:* __7__ | $500.00 | ☑ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Ent Center** <br><br> Line from *Schedule A/B:* __7__ | $150.00 | ☑ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **3 DVD Players** <br><br> Line from *Schedule A/B:* __7__ | $50.00 | ☑ $50.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Camera** <br><br> Line from *Schedule A/B:* __7__ | $300.00 | ☑ $300.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1   **Carroll James LeBouef, III**
Debtor 2   **Challis Lee LeBouef**

Case number (if known)   **20-43914-mxm-13**

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Telephone** | $10.00 | ☑ $10.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B*:   **7** | | | |
| Brief description: **3 Computers** | $600.00 | ☑ $600.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B*:   **7** | | | |
| Brief description: **Printer** | $50.00 | ☑ $50.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B*:   **7** | | | |
| Brief description: **Books** | $30.00 | ☑ $30.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B*:   **8** | | | |
| Brief description: **Video Games** | $250.00 | ☑ $250.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B*:   **8** | | | |
| Brief description: **CDs** | $20.00 | ☑ $20.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B*:   **8** | | | |
| Brief description: **Statues** | $200.00 | ☑ $200.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B*:   **8** | | | |
| Brief description: **DVDs** | $35.00 | ☑ $35.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B*:   **8** | | | |
| Brief description: **Antiques** | $500.00 | ☑ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B*:   **8** | | | |

| Debtor 1 | **Carroll James LeBouef, III** | | |
|---|---|---|---|
| Debtor 2 | **Challis Lee LeBouef** | | Case number (if known) **20-43914-mxm-13** |

---

**Part 2:** **Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Family Pictures**<br><br>Line from *Schedule A/B*: __8__ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Exercise Equipment**<br><br>Line from *Schedule A/B*: __9__ | $800.00 | ☑ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**Clothes**<br><br>Line from *Schedule A/B*: __11__ | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**Shoes**<br><br>Line from *Schedule A/B*: __11__ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**ROLEX 69173, #R474151; 2T LADIES DATEJUST 18KYG FLUTED BEZEL WHITE ROMAN NUMERAL DIAL WITH BOX AND GEM WORLD**<br>**PRE OWNED ROLEX**<br>Line from *Schedule A/B*: __12__ | $1,250.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**VACHERON CONSTANTIN; 18KYG VERSACE EARRINGS AND RING WITH DIAMONDS APX 18 DWT**<br>Line from *Schedule A/B*: __12__ | $750.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**SOLITAIRE RING DBHB JEWELRY; 14KYG W/ APPROX. 1.80CT OLD EURO CUT DIAMOND J-K/VS (SEVERAL SMALL KNICKS IN GIRDLE)**<br>Line from *Schedule A/B*: __12__ | $3,750.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**EARRINGS DBHB JEWELRY; 2 PAIR DIAMOND STUDS - APPROX. .90CTW RBC IN 14KYG & APPROX. .40CTW PRIN IN 14KWG**<br>Line from *Schedule A/B*: __12__ | $250.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |

Debtor 1 **Carroll James LeBouef, III**
Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Costume Jewlery**<br>Line from *Schedule A/B*: __12__ | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**New York Llfe 529 State Tuition Program # 8201**<br>Line from *Schedule A/B*: __24__ | $1,015.49 | ☑ $1,015.49<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0022** |
| Brief description:<br>**New York Llfe 529 State Tuition Program # 8202**<br>Line from *Schedule A/B*: __24__ | $1,375.07 | ☑ $1,375.07<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0022** |
| Brief description:<br>**American Funds 529 Tuition Plan**<br>Line from *Schedule A/B*: __24__ | $409.27 | ☑ $409.27<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0022** |
| Brief description:<br>**New York Life Insurance**<br>Line from *Schedule A/B*: __31__ | $716.77 | ☑ $716.77<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**New York Life Insurance (full value $347,685.00)**<br>Line from *Schedule A/B*: __31__ | $1,230.08 | ☑ $1,230.08<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**Misc Tools**<br>Line from *Schedule A/B*: __40__ | $5,000.00 | ☑ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Carroll James LeBouef, III**
**Challis Lee LeBouef**

CASE NO  **20-43914-mxm-13**

CHAPTER  **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|--------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 1. | Real property | $759,299.00 | $412,083.41 | $347,215.59 | $285,794.68 | $61,420.91 |
| 3. | Motor vehicles (cars, etc.) | $64,850.00 | $14,602.00 | $50,248.00 | $25,398.00 | $24,850.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $36,700.00 | $0.00 | $36,700.00 | $0.00 | $36,700.00 |
| 6. | Household goods and furnishings | $4,160.00 | $0.00 | $4,160.00 | $4,160.00 | $0.00 |
| 7. | Electronics | $1,660.00 | $0.00 | $1,660.00 | $1,660.00 | $0.00 |
| 8. | Collectibles of value | $1,085.00 | $0.00 | $1,085.00 | $1,085.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $800.00 | $0.00 | $800.00 | $800.00 | $0.00 |
| 10. | Firearms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Clothes | $700.00 | $0.00 | $700.00 | $700.00 | $0.00 |
| 12. | Jewelry | $6,500.00 | $7,840.00 | $500.00 | $500.00 | $0.00 |
| 13. | Non-farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Deposits of money | $7.52 | $0.00 | $7.52 | $0.00 | $7.52 |
| 18. | Bonds, mutual funds or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $2,799.83 | $0.00 | $2,799.83 | $2,799.83 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Carroll James LeBouef, III**
**Challis Lee LeBouef**

CASE NO **20-43914-mxm-13**

CHAPTER **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**

Scheme Selected: **State**

(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $1,946.85 | $0.00 | $1,946.85 | $1,946.85 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $5,000.00 | $0.00 | $5,000.00 | $5,000.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$885,508.20** | **$434,525.41** | **$452,822.79** | **$329,844.36** | **$122,978.43** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Carroll James LeBouef, III**
**Challis Lee LeBouef**

CASE NO    **20-43914-mxm-13**

CHAPTER    **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Surrendered Property:**

The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

**Non-Exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| 2129 Shoreline Drive, Flower Mound, TX 75022 | $200,000.00 | $176,830.60 | $23,169.40 | $23,169.40 |
| 2171 Shoreline Drive, Flower Mound, TX 75022 | $165,000.00 | $126,748.49 | $38,251.51 | $38,251.51 |
| **Personal Property** | | | | |
| 1993 Ford Mustang GT (only a shell) | $1,000.00 | | $1,000.00 | $1,000.00 |
| 1993 Ford Bronco | $5,000.00 | | $5,000.00 | $5,000.00 |
| 1969 Ford Bronco | $3,000.00 | | $3,000.00 | $3,000.00 |
| 1969 FJ Crusier | $3,000.00 | | $3,000.00 | $3,000.00 |
| 1953 Willy's | $2,000.00 | | $2,000.00 | $2,000.00 |
| 1957 Volkswagen Bug | $500.00 | | $500.00 | $500.00 |
| 2005 Pontiac GTO | $4,950.00 | | $4,950.00 | $4,950.00 |
| 1978 Pontiac TransAm | $5,400.00 | | $5,400.00 | $5,400.00 |
| Car Hauler | $2,500.00 | | $2,500.00 | $2,500.00 |
| 24' Utility Trailer | $2,500.00 | | $2,500.00 | $2,500.00 |
| 2002 Donzi Boat | $18,900.00 | | $18,900.00 | $18,900.00 |
| Procraft Boat (blown engine) | $100.00 | | $100.00 | $100.00 |
| GoDevil Boat | $200.00 | | $200.00 | $200.00 |
| Can-Am | $5,000.00 | | $5,000.00 | $5,000.00 |
| Can-Am | $5,000.00 | | $5,000.00 | $5,000.00 |
| 250cc 4-Wheeler | $1,000.00 | | $1,000.00 | $1,000.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Carroll James LeBouef, III**            CASE NO   **20-43914-mxm-13**
**Challis Lee LeBouef**

CHAPTER   **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 3*

| | | | |
|---|---|---|---|
| 90cc 4-Wheeler | $500.00 | $500.00 | $500.00 |
| 250cc CRFR | $500.00 | $500.00 | $500.00 |
| 125cc YZF | $500.00 | $500.00 | $500.00 |
| Business Checking account- Chase #9527 | $7.52 | $7.52 | $7.52 |
| **TOTALS:** | **$426,557.52** $303,579.09 | **$122,978.43** | **$122,978.43** |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$885,508.20** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$885,508.20** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$434,525.41** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$434,525.41** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$452,822.79** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$452,822.79** |
| J.  Total Exemptions Claimed | **$329,844.36** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$122,978.43** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carroll** | **James** | **LeBouef, III** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Challis** | **Lee** | **LeBouef** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **20-43914-mxm-13**
(if known)

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:** **List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | *Column B*<br>**Value of collateral<br>that supports this<br>claim** | *Column C*<br>**Unsecured<br>portion**<br>If any |
|---|---|---|---|

| 2.1 | | | | |
|---|---|---|---|---|

**Denton County Tax Assessor**
Creditor's name
**PO Box 90223**
Number      Street

Describe the property that secures the claim:

**2130 Shoreline Drive Flower Mound, TX 75022**

$4,838.25                $260,711.00

**Denton**          **TX**    **76202**
City          State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates
to a community debt**

Date debt was incurred

**Pay Direct-Escrowed**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Property Tax Lien**

Last 4 digits of account number    **3    0    2    3**

Add the dollar value of your entries in Column A on this page. Write that number here:

| $4,838.25 |
|---|

Debtor 1    **Carroll James LeBouef, III**
Debtor 2    **Challis Lee LeBouef**

Case number (if known)    **20-43914-mxm-13**

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

**2.2**

**Denton County Tax Assessor**
Creditor's name
**PO Box 90223**
Number    Street

**Denton        TX    76202**
City                State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred**

**In Plan**

Describe the property that secures the claim:
**2171 Shoreline Drive, Flower Mound, TX 75022**

$6,657.89        $165,000.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
      **Property Tax Lien**

Last 4 digits of account number    5    8    4    1

---

**2.3**

**Denton County Tax Assessor**
Creditor's name
**PO Box 90223**
Number    Street

**Denton        TX    76202**
City                State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred**

**In Plan**

Describe the property that secures the claim:
**2129 Shoreline Drive, Flower Mound, TX 75022**

$8,598.90        $200,000.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
      **Property Tax Lien**

Last 4 digits of account number    5    8    4    0

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**

$15,256.79

Debtor 1   **Carroll James LeBouef, III**
Debtor 2   **Challis Lee LeBouef**

Case number (if known)   **20-43914-mxm-13**

| **Part 1:** | **Additional Page** <br> After listing any entries on this page, number them sequentially from the previous page. | Column A <br> Amount of claim <br> Do not deduct the value of collateral | Column B <br> Value of collateral that supports this claim | Column C <br> Unsecured portion <br> If any |
|---|---|---|---|---|

---

**2.4**

**Denton County Tax Assessor**
Creditor's name
**PO Box 90223**
Number      Street

**Denton          TX    76202**
City                State  ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred**

Describe the property that secures the claim:

**Shoreline Drive, Flower Mound, TX 75022**

$2,806.96          $133,588.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
   **Property Tax Lien**

**Last 4 digits of account number**    3  0  2  2

---

**2.5**

**Diamond Banc 2 LLC**
Creditor's name
**1021 East Broadway Ste. A**
Number      Street

**Columbia        MO    65201**
City                State  ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred**    03/23/2020

**Pay Direct**

Describe the property that secures the claim:

**Pre Owned Rolex, Versace Earrings and Diamond Ring**

$2,160.00          $2,160.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
   **Secured**

**Last 4 digits of account number**    0  6  7  4

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**

$4,966.96

Debtor 1 **Carroll James LeBouef, III**
Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

| | | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

**Part 1:** **Additional Page**
After listing any entries on this page, number them sequentially from the previous page.

---

**2.6**

**Diamond Banc 2 LLC**
Creditor's name
**1021 East Broadway Ste. A**
Number     Street

Describe the property that secures the claim: **$4,260.00** | **$4,260.00**

**Solitaire Ring 14k, Diamond Stud Earrings**

**Columbia        MO   65201**
City                State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred   **12/2020**

**Pay Direct**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Secured**

Last 4 digits of account number   **0   9   7   4**

---

**2.7**

**Enigma Properties LLC c/o Dan Peter**
Creditor's name
**6440 N. Central Expwy Ste 618**
Number     Street

Describe the property that secures the claim: **$60,000.00** | **$60,000.00**

**commercial lease arrears**

**Dallas        TX   75206**
City                State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred

**commercial lease**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Contract/Lease**

Last 4 digits of account number   ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:** | **$64,260.00**

Debtor 1 **Carroll James LeBouef, III**
Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

---

**2.8**

**Mobility Credit Union**
Creditor's name
**Po Box 630428**
Number     Street

**Irving**          **TX**   **75063**
City          State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred   08/30/2015

**Pay Direct**

Describe the property that secures the claim:

**2014 Land Rover Range Rover Sport**

$14,602.00 | $14,602.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien.  Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Automobile Lien**

Last 4 digits of account number   0   0   0   1

---

**2.9**

**Wells Fargo Home Mortgage**
Creditor's name
**Attn: Written Correspondence/Bankr**
Number     Street
**MAC#2302-04E POB 10335**

**Des Moines**       **IA**    **50306**
City          State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred   10/14/2009

**Post Petition Mortgage Payments**

Describe the property that secures the claim:

**2130 Shoreline Drive Flower Mound, TX 75022**

$100,859.11 | $260,711.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien.  Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **FHA Real Estate Mortgage**

Last 4 digits of account number   7   7   6   8

---

**Add the dollar value of your entries in Column A on this page.  Write that number here:**

**$115,461.11**

Debtor 1 **Carroll James LeBouef, III**
Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Amount of claim Do not deduct the value of collateral | Value of collateral that supports this claim | Unsecured portion If any |

---

**2.10**

**Wells Fargo Home Mortgage**
Creditor's name
**Attn: Written Correspondence/Bankr**
Number    Street
**MAC#2302-04E POB 10335**

**Des Moines        IA    50306**
City              State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim relates to a community debt**

Date debt was incurred    **Various**

**Pre Petition Mortgage Payments**

Describe the property that secures the claim:          **$16,684.28**    **$260,711.00**

**2130 Shoreline Drive Flower Mound, TX 75022**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
   **Mortgage arrears**

Last 4 digits of account number    **7    7    6    8**

---

**2.11**

**Wells Fargo Home Mortgage**
Creditor's name
**Attn: Written Correspondence/Bankr**
Number    Street
**MAC#2302-04E POB 10335**

**Des Moines        IA    50306**
City              State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim relates to a community debt**

Date debt was incurred    **Various**

**Gap Conduit Mortgage Payment**

Describe the property that secures the claim:          **$2,874.32**    **$260,711.00**

**2130 Shoreline Drive Flower Mound, TX 75022**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
   **Mortgage arrears**

Last 4 digits of account number    **7    7    6    8**

---

Add the dollar value of your entries in Column A on this page. Write that number here:          **$19,558.60**

Debtor 1 **Carroll James LeBouef, III**
Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* Amount of claim Do not deduct the value of collateral | *Column B* Value of collateral that supports this claim | *Column C* Unsecured portion If any |
|---|---|---|---|---|

---

**2.12**

**William Ochiltree**
Creditor's name
**5023 SW 8th Court**
Number      Street

**Cape Coral      FL    33914**
City                 State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred   **05/01/2018**

**Pay Direct**

Describe the property that secures the claim:
**2171 Shoreline Drive Flower Mound, TX 75022**

$120,090.60       $165,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Mortgage**

Last 4 digits of account number  ___  ___  ___  ___

---

**2.13**

**William Ochiltree**
Creditor's name
**5023 SW 8th Court**
Number      Street

**Cape Coral      FL    33914**
City                 State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred   **01/29/2016**

**Pay Direct**

Describe the property that secures the claim:
**2129 Shoreline Drive Flower Mound, TX 75022**

$168,231.70       $200,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Mortgage**

Last 4 digits of account number  ___  ___  ___  ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**

$288,322.30

Debtor 1 **Carroll James LeBouef, III**
Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.14 | | Describe the property that secures the claim: | $7,454.70 | $7,454.70 | |

**William Ochiltree**
Creditor's name
**5023 SW 8th Court**
Number     Street

**Cape Coral          FL    33914**
City                         State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred     **Various**

**2171 Shoreline Drive Flower Mound, TX 75022**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Arrearage claim**

Last 4 digits of account number ___ ___ ___ ___

| 2.15 | | Describe the property that secures the claim: | $9,939.70 | $9,939.70 | |

**William Ochiltree**
Creditor's name
**5023 SW 8th Court**
Number     Street

**Cape Coral          FL    33914**
City                         State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred     **Various**

**2129 Shoreline Drive Flower Mound, TX 75022**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Arrearage claim**

Last 4 digits of account number ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:**

$17,394.40

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**

$530,058.41

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carroll** | **James** | **LeBouef, III** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Challis** | **Lee** | **LeBouef** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **20-43914-mxm-13**
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ☑ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $2,200.00 | $2,200.00 | $0.00 |

**Leinart Law Firm**
Priority Creditor's Name
**10670 N Central Expwy.**
Number          Street
**Suite 320**

**Dallas**     **TX**    **75231**
City       State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? **12/31/2020**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify
    **Attorney fees for this case**

Debtor 1 **Carroll James LeBouef, III**
Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

| **4.1** | | **$0.00** |
|---|---|---|

**1st Natl B**
Nonpriority Creditor's Name
**3801 Fairway Blvd**
Number          Street

**Wichita Falls          TX     76310**
City                              State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 2  1  5  1
**When was the debt incurred?** 02/2013

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Unknown Loan Type**

| **4.2** | | **$48,527.00** |
|---|---|---|

**Advancial**
Nonpriority Creditor's Name
**1845 Woodall Rodgers Freeway**
Number          Street
**Suite 1300**

**Dallas          TX     75201**
City                              State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 0  0  0  1
**When was the debt incurred?** 01/2016

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Repo Deficiency**

Debtor 1 **Carroll James LeBouef, III**
Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.3 | | **$0.00** |
|---|---|---|

**AFJ Systems Inc**
Nonpriority Creditor's Name
**PO Box 940694**
Number        Street

**Houston        TX      77094-0694**
City                State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 6  0  9  9
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Collecting for - Gexa Energy**

---

| 4.4 | | **$29,497.00** |
|---|---|---|

**Amex**
Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
Number        Street
**PO Box 981540**

**El Paso        TX      79998**
City                State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 6  4  6  3
**When was the debt incurred?** 03/2013

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Credit Card**

---

| 4.5 | | **$4,882.00** |
|---|---|---|

**Amex**
Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
Number        Street
**PO Box 981540**

**El Paso        TX      79998**
City                State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 6  5  8  3
**When was the debt incurred?** 01/2002

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Credit Card**

Debtor 1 **Carroll James LeBouef, III**
Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.6**

**$0.00**

**Amex**
Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
Number      Street
**PO Box 981540**

Last 4 digits of account number    **5    8    3    3**

When was the debt incurred?    **01/25/2002**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**El Paso**              **TX**    **79998**
City                    State    ZIP Code

Type of NONPRIORITY unsecured claim:

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Credit Card**

**4.7**

**$0.00**

**Amex**
Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
Number      Street
**PO Box 981540**

Last 4 digits of account number    **7    9    1    3**

When was the debt incurred?    **03/01/1968**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**El Paso**              **TX**    **79998**
City                    State    ZIP Code

Type of NONPRIORITY unsecured claim:

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Credit Card**

**4.8**

**$20,567.51**

**AT&T Universal**
Nonpriority Creditor's Name
**PO Box 6284**
Number      Street

Last 4 digits of account number    **7    7    5    9**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Sioux Falls**          **SD**    **57117-6284**
City                    State    ZIP Code

Type of NONPRIORITY unsecured claim:

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Credit Card**

Debtor 1 **Carroll James LeBouef, III**

Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| **Total claim** |

**4.9**

$57,953.00

**Bank of America**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number   Street
**PO Box 982234**

**El Paso**      **TX**    **79998**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number   **7**   **2**   **1**   **9**

**When was the debt incurred?**   **11/1998**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit Card**

---

**4.10**

$0.00

**Bank of America**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number   Street
**NC4-105-03-14 PO Box 26012**

**Greensboro**      **NC**    **27420**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number   **8**   **9**   **5**   **7**

**When was the debt incurred?**   **11/2007**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Recreational**

---

**4.11**

$0.00

**Capital One Auto Finance**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number   Street
**PO Box 30285**

**Salt Lake City**      **UT**    **84130**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number   **1**   **0**   **0**   **1**

**When was the debt incurred?**   **10/2007**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Automobile**

---

Debtor 1 **Carroll James LeBouef, III**
Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.12**          **$33,650.00**

**Carter Federal Credit Union**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**6885 Bert Kouns**

**Shreveport**      **LA**    **71129**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **9**   **1**   **4**   **5**
When was the debt incurred?   **01/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Note Loan**

---

**4.13**          **$0.00**

**Chase Auto Finance**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 901076**

**Fort Worth**      **TX**    **76101**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **0**   **9**   **1**   **2**
When was the debt incurred?   **10/2012**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Automobile**

---

**4.14**          **$0.00**

**Citi/cbna**
Nonpriority Creditor's Name
**Citicorp Credit Services; Attn: Centrali**
Number    Street
**PO Box**

**Kansas City**      **MO**    **64195**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **3**   **8**   **1**   **1**
When was the debt incurred?   **06/11/2012**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Charge Account**

Debtor 1 **Carroll James LeBouef, III**
Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.15** | **$0.00**

**Citi/cbna**
Nonpriority Creditor's Name
**Citicorp Credit Services; Attn: Centrali**
Number     Street
**PO Box**

**Kansas City**          **MO**    **64195**
City            State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**    **2   0   1   3**
**When was the debt incurred?**    **11/1998**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

---

**4.16** | **$1,646.00**

**Citi/Sears**
Nonpriority Creditor's Name
**Citibank/Centralized Bankruptcy**
Number     Street
**PO Box 790034**

**St Louis**          **MO**    **63179**
City            State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**    **6   7   3   2**
**When was the debt incurred?**    **11/2005**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

---

**4.17** | **$0.00**

**Citi/Sears**
Nonpriority Creditor's Name
**Citibank/Centralized Bankruptcy**
Number     Street
**PO Box 790034**

**St Louis**          **MO**    **63179**
City            State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**    **7   7   9   6**
**When was the debt incurred?**    **05/01/1994**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

Debtor 1   **Carroll James LeBouef, III**
Debtor 2   **Challis Lee LeBouef**          Case number (if known)   **20-43914-mxm-13**

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.18**

| | |
|---|---|
| **Citibank** | **$2,855.00** |

Nonpriority Creditor's Name
**Citicorp Credit Srvs/Centralized Bk dept**
Number    Street
**PO Box 790034**

**St Louis**      **MO**    **63179**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **8**   **3**   **7**   **1**
**When was the debt incurred?**    **07/2004**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**4.19**

| | |
|---|---|
| **Citibank/Best Buy** | **$5,737.00** |

Nonpriority Creditor's Name
**Citicorp Credit Srvs/Centralized Bk dept**
Number    Street
**PO Box 790034**

**St Louis**      **MO**    **63179**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **5**   **1**   **3**   **5**
**When was the debt incurred?**    **02/2012**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Charge Account**

**4.20**

| | |
|---|---|
| **Citibank/The Home Depot** | **$5,124.00** |

Nonpriority Creditor's Name
**Citicorp Credit Srvs/Centralized Bk dept**
Number    Street
**PO Box 790034**

**St Louis**      **MO**    **63179**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **8**   **9**   **3**   **7**
**When was the debt incurred?**    **10/2005**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Charge Account**

Debtor 1 **Carroll James LeBouef, III**
Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

<div style="background:black;color:white;padding:2px;">**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**</div>

After listing any entries on this page, number them sequentially from the
previous page.

Total claim

| 4.21 | | $0.00 |

**Comenity Bank / The Limited**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 182125Columbus**

**Columbus**          **OH**    **43218**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **2    9    8    6**
**When was the debt incurred?**    **09/2012**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Charge Account**

| 4.22 | | $1,507.00 |

**Comenity Bank/Buckle**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 182125Columbus**

**Columbus**          **OH**    **43218**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **9    7    9    3**
**When was the debt incurred?**    **09/2011**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Charge Account**

| 4.23 | | $0.00 |

**Comenity Bank/Express**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 182125**

**Columbus**          **OH**    **43218**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **3    8    9    5**
**When was the debt incurred?**    **02/1997**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Charge Account**

| | |
|---|---|
| Debtor 1 | **Carroll James LeBouef, III** |
| Debtor 2 | **Challis Lee LeBouef** |

Case number (if known)   **20-43914-mxm-13**

<table>
<tr><td>**Part 2:**</td><td>**Your NONPRIORITY Unsecured Claims -- Continuation Page**</td></tr>
</table>

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.24**

**Total claim $1,026.00**

**Comenity Bank/Victoria Secret**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 182125**

**Columbus**          **OH**    **43218**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **0  5  3  3**
**When was the debt incurred?**   **10/1998**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Charge Account**

---

**4.25**

**$0.00**

**Conduent/Nelnet Nhlp-iii/tr**
Nonpriority Creditor's Name
**9/1/19 Conduent ceased all student loan**
Number        Street
**All loans moved to other servicers**

**Utica**          **NY**    **13504**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **9  8  6  1**
**When was the debt incurred?**   **07/04/2003**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Educational**

---

**4.26**

**$2,453.96**

**Credit Collection Services**
Nonpriority Creditor's Name
**725 Canton St.**
Number        Street

**Norwood**          **MA**    **02062**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **0  6  5  5**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Collecting for - Geico**

---

Debtor 1    **Carroll James LeBouef, III**
Debtor 2    **Challis Lee LeBouef**

Case number (if known)   **20-43914-mxm-13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.27**

**$23,053.00**

**Discover Financial**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 3025**

**New Albany**    **OH**    **43054**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **6   3   8   2**
**When was the debt incurred?**   **04/1997**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

---

**4.28**

**$40,965.00**

**Endurance Fcu Fka Hefc**
Nonpriority Creditor's Name
**703 South 9th Street**
Number    Street

**Duncan**    **OK**    **73533**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **0   5   0   0**
**When was the debt incurred?**   **01/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Repo Deficiency**

---

**4.29**

**$0.00**

**Enigma Properties c/o Daniel Peters**
Nonpriority Creditor's Name
**6440 N. Central Expwy Ste 618**
Number    Street

**Dallas**    **TX**    **75206**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Lease Deficiency**

---

Debtor 1 **Carroll James LeBouef, III**
Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.30**

$0.00

**First Data**
Nonpriority Creditor's Name
**5565 Glenridge Connector NE**
Number      Street
**Ste 2000**

Last 4 digits of account number    **6   0   0   0**

When was the debt incurred?    **07/01/2012**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Atlanta                    GA      30342**
City                    State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Lease**

**4.31**

$0.00

**Gatestone**
Nonpriority Creditor's Name
**1000 N. West Street Ste. 1200**
Number      Street

Last 4 digits of account number    **0   0   2   4**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Wilmington              DE      19801**
City                    State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for - Amex**

**4.32**

$0.00

**Geico**
Nonpriority Creditor's Name
**One Gercl Central**
Number      Street

Last 4 digits of account number    __  __  __  __

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Macon                    GA      31296**
City                    State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Services**

Debtor 1 **Carroll James LeBouef, III**
Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.33 | | $454.16 |

**Gexa Energy**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
Number        Street
**20455 State Hwy 249 Ste 200**

**Houston                TX    77070**
City                State    ZIP Code

Last 4 digits of account number  __ __ __ __

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Utilities**

| 4.34 | | $33,795.00 |

**La Capital Federal Cr**
Nonpriority Creditor's Name
**660 Laurel St**
Number        Street

**Baton Rouge          LA    70821**
City                State    ZIP Code

Last 4 digits of account number  **2  5  0  1**

When was the debt incurred?  **01/11/2016**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Repo Deficiency**

| 4.35 | | $0.00 |

**Midland Credit Management**
Nonpriority Creditor's Name
**2365 Northside Drive Ste. 300**
Number        Street

**San Diego          CA    92108**
City                State    ZIP Code

Last 4 digits of account number  **7  7  5  9**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for - AT&T universal**

Debtor 1 **Carroll James LeBouef, III**

Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.36

**$0.00**

**Midlandstbk/greensky**
Nonpriority Creditor's Name
**1797 Ne Expressway**
Number        Street

_____

**Atlanta**                **GA**      **30329**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **1  1  2  0**

**When was the debt incurred?**  **03/2011**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business Credit Card**

### 4.37

**$2,218.00**

**Nelnet**
Nonpriority Creditor's Name
**Attn: Bankruptcy Claims**
Number        Street
**PO Box 82505**

_____

**Lincoln**                **NE**      **68501**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **2  0  6  9**

**When was the debt incurred?**  **07/2003**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

### 4.38

**$449.00**

**Nelnet**
Nonpriority Creditor's Name
**Attn: Bankruptcy Claims**
Number        Street
**PO Box 82505**

_____

**Lincoln**                **NE**      **68501**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **1  9  6  9**

**When was the debt incurred?**  **07/2003**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

Debtor 1 **Carroll James LeBouef, III**

Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.39**

**$519.18**

**NTTA**
Nonpriority Creditor's Name
**PO Box 660244**
Number      Street

_____

**Dallas**     **TX**     **75266-0244**
City      State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number   **4**   **7**   **6**   **6**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Toll Fees**

**4.40**

**$151.77**

**NTTA**
Nonpriority Creditor's Name
**PO Box 660244**
Number      Street

_____

**Dallas**     **TX**     **75266-0244**
City      State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number   **6**   **3**   **8**   **5**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Toll Fees**

**4.41**

**$17,721.00**

**Simmons Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 7009**

_____

**Pine Bluff**     **AR**     **71611**
City      State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number   **8**   **8**   **2**   **8**

**When was the debt incurred?** **01/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Repo Deficiency**

Debtor 1   **Carroll James LeBouef, III**
Debtor 2   **Challis Lee LeBouef**
                                      Case number (if known)   **20-43914-mxm-13**

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.42**

| | **$0.00** |
|---|---|

**Snap On Crdt**
Nonpriority Creditor's Name
**950 Technology Way**
Number      Street
**Suite 301**

**Libertyville**       **IL**    **60048**
City             State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **7**   **6**   **4**   **9**

**When was the debt incurred?**   **07/2013**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Secured**

**4.43**

| | **$0.00** |
|---|---|

**Syncb/discount Tire**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 965060**

**Orlando**       **FL**    **32896**
City             State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **3**   **8**   **7**   **1**

**When was the debt incurred?**   **01/2002**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

**4.44**

| | **$0.00** |
|---|---|

**Syncb/mohawk Color Ctr**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 965060**

**Orlando**       **FL**    **32896**
City             State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **1**   **7**   **0**   **6**

**When was the debt incurred?**   **02/2010**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Charge Account**

Debtor 1    **Carroll James LeBouef, III**

Debtor 2    **Challis Lee LeBouef**

Case number (if known)   **20-43914-mxm-13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.45**

                                                                           **$0.00**

**Syncb/Rooms To Go**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 965060**

**Orlando**         **FL**    **32896**
City               State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **9**   **3**   **8**   **9**

**When was the debt incurred?**   **02/22/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Charge Account**

---

**4.46**

                                                                           **$0.00**

**Synchrony Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 965060**

**Orlando**         **FL**    **32896**
City               State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **1**   **2**   **1**   **2**

**When was the debt incurred?**   **12/24/2012**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

**4.47**

                                                                       **$3,185.00**

**Synchrony Bank/ JC Penneys**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 965064**

**Orlando**         **FL**    **32896**
City               State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **8**   **5**   **5**   **7**

**When was the debt incurred?**   **08/2013**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Charge Account**

Debtor 1    **Carroll James LeBouef, III**
Debtor 2    **Challis Lee LeBouef**                                    Case number (if known)   **20-43914-mxm-13**

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.                                                                        | Total claim |

| 4.48 |                                                                              **$0.00**

**Synchrony Bank/Bass Pro**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 965060**

**Orlando**                    **FL**    **32896**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **4**  **9**  **2**  **2**
**When was the debt incurred?**    **09/2006**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

---

| 4.49 |                                                                              **$0.00**

**Synchrony Bank/Care Credit**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
Number    Street
**PO Box 965064**

**Orlando**                    **FL**    **32896**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **7**  **2**  **9**  **2**
**When was the debt incurred?**    **03/13/2011**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

---

| 4.50 |                                                                              **$2,200.00**

**Synchrony Bank/Chevron**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
Number    Street
**PO Box 965060**

**Orlando**                    **FL**    **32896**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **7**  **9**  **5**  **6**
**When was the debt incurred?**    **05/1997**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

---

Debtor 1   **Carroll James LeBouef, III**
Debtor 2   **Challis Lee LeBouef**

Case number (if known)  **20-43914-mxm-13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.51**

**$0.00**

**Synchrony Bank/Cost Plus World Market**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number   Street
**PO Box 965060**

**Orlando**     **FL**   **32896**
City      State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **0**  **2**  **4**  **1**
**When was the debt incurred?**   **04/2005**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

**4.52**

**$0.00**

**Synchrony Bank/Cost Plus World Market**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number   Street
**PO Box 965060**

**Orlando**     **FL**   **32896**
City      State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **0**  **2**  **7**  **8**
**When was the debt incurred?**   **11/2005**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

**4.53**

**$0.00**

**Synchrony Bank/Gap**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number   Street
**PO Box 965060**

**Orlando**     **FL**   **32896**
City      State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **0**  **3**  **9**  **6**
**When was the debt incurred?**   **08/2006**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

Debtor 1   **Carroll James LeBouef, III**
Debtor 2   **Challis Lee LeBouef**                                          Case number (if known)  **20-43914-mxm-13**

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.54** | **$358.00**

**Synchrony Bank/Lowes**
Nonpriority Creditor's Name
**Attn:  Bankruptcy**
Number        Street
**PO Box 965060**

**Orlando**                        **FL**    **32896**
City                             State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     **3    7    6    9**
**When was the debt incurred?**     **08/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Charge Account**

**4.55** | **$0.00**

**Synchrony Bank/Sams**
Nonpriority Creditor's Name
**Attn:  Bankruptcy**
Number        Street
**PO Box 965060**

**Orlando**                        **FL**    **32896**
City                             State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     **1    4    6    7**
**When was the debt incurred?**     **08/30/2005**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Charge Account**

**4.56** | **$0.00**

**Synchrony Bank/Sams**
Nonpriority Creditor's Name
**Attn:  Bankruptcy**
Number        Street
**PO Box 965060**

**Orlando**                        **FL**    **32896**
City                             State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     **4    4    2    8**
**When was the debt incurred?**     **08/2005**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Charge Account**

Debtor 1 **Carroll James LeBouef, III**
Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

### 4.57

**$9,416.00**

**Synchrony Bank/Sams Club**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
Number     Street
**PO Box 965060**

**Orlando**     **FL**    **32896**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   **1**   **5**   **6**   **0**

**When was the debt incurred?**   **07/2014**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

---

### 4.58

**$0.00**

**Synchrony Bank/Sams Club**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
Number     Street
**PO Box 965060**

**Orlando**     **FL**    **32896**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   **0**   **7**   **7**   **5**

**When was the debt incurred?**   **07/24/2014**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

---

### 4.59

**$0.00**

**Synchrony Bank/Sams Club**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
Number     Street
**PO Box 965060**

**Orlando**     **FL**    **32896**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   **3**   **7**   **0**   **8**

**When was the debt incurred?**   **07/24/2014**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

---

Debtor 1   **Carroll James LeBouef, III**
Debtor 2   **Challis Lee LeBouef**                                    Case number (if known)   **20-43914-mxm-13**

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

|  | Total claim |
|---|---|

**4.60** | **$285.00**

**Synerprise Consulting Services, Inc**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**5651 Broadmoor**
Number      Street

**Mission            KS      66202**
City                    State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **5   9   9   8**

**When was the debt incurred?**   **10/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Original Creditor Name: U.S. ANESTHESIA PARTNERS**

**4.61** | **$0.00**

**The Pritchard Law Firm**
Nonpriority Creditor's Name
**1244 Southridge Ct, #102 A**
Number      Street

**Hurst            TX      76053**
City                    State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   ___  ___  ___  ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Attorney for -**

**4.62** | **$0.00**

**United Collection Bureau**
Nonpriority Creditor's Name
**5260 South Wyck Blvd. Ste 206**
Number      Street

**Toledo            OH      43614-0190**
City                    State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **6   7   3   2**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Collecting for - Citi/Sears**

Debtor 1  **Carroll James LeBouef, III**
Debtor 2  **Challis Lee LeBouef**

Case number (if known)  **20-43914-mxm-13**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.63**

**$0.00**

**US Anesthesia Partners**
Nonpriority Creditor's Name
**PO Box 830913**
Number     Street

_____

**Birmingham          AL     35283-0913**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical**

---

**4.64**

**$3,659.00**

**Wells Fargo Bank NA**
Nonpriority Creditor's Name
**MAC F8234F-02F**
Number     Street
**PO Box 10438**

**Des Moines          IA     50306**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  9  6  3  0
**When was the debt incurred?**  12/2011

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

---

**4.65**

**$605.00**

**Wells Fargo-pl&l**
Nonpriority Creditor's Name
**MAX F8234F-02F**
Number     Street
**PO Box 10438**

**Des Moines          IA     50306**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  0  1  0  2
**When was the debt incurred?**  03/2007

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Check Credit or Line of Credit**

---

Debtor 1   **Carroll James LeBouef, III**

Debtor 2   **Challis Lee LeBouef**
                                                   Case number (if known)   **20-43914-mxm-13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

                                                              **Total claim**

**4.66**
                                                                      **$0.00**

**Yourcommcu**

Nonpriority Creditor's Name

**Po Box 630428**

Number     Street

**Last 4 digits of account number**    **2**   **6**   **0**   **1**

**When was the debt incurred?**   **08/2015**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Irving**          **TX**    **75063**

City          State    ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Automobile**

| Debtor 1 | Carroll James LeBouef, III | |
|---|---|---|
| Debtor 2 | Challis Lee LeBouef | Case number (if known) **20-43914-mxm-13** |

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**ARSI**
Name
**555 St. Charles Drive**
Number         Street

**Thousand Oaks          CA     91360**
City                          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
**Collecting for - Amex**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    5   0   0   9

**Enigma Properties c/o Daniel Peters**
Name
**6440 N. Central Expwy, Ste 618**
Number         Street

**Dallas          TX     75206**
City              State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
**Commercial lease**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __  __  __  __

Debtor 1 **Carroll James LeBouef, III**
Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  | | Total claim |
|---|---|---|---|
| Total claims from Part 1 | 6a. **Domestic support obligations** | 6a. | $0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. **+** | $2,200.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6d. | $2,200.00 |

|  |  | | Total claim |
|---|---|---|---|
| Total claims from Part 2 | 6f. **Student loans** | 6f. | $2,667.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. **+** | $351,792.58 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. | $354,459.58 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carroll** | **James** | **LeBouef, III** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Challis** | **Lee** | **LeBouef** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **20-43914-mxm-13**
(if known)

☐ Check if this is an amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.** Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

   2.1  **Enigma Properties LLC c/o Dan Peters**                           commercial lease
        Name                                                              **Contract to be ASSUMED**
        **6440 N. Central Expwy Ste 618**
        Number      Street

        **Dallas**                              **TX**      **75206**
        City                                    State       ZIP Code

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carroll** | **James** | **LeBouef, III** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Challis** | **Lee** | **LeBouef** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **20-43914-mxm-13**
(if known)

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☑ No
      ☐ Yes

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carroll** | **James** | **LeBouef, III** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Challis** | **Lee** | **LeBouef** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **NORTHERN DISTRICT OF TEXAS** | |
| Case number (if known) | **20-43914-mxm-13** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

**1.** **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | Self Employed Consultant | Self Employed-Contractor |
| **Employer's name** | Maverick Wealth Management | Scentsy |
| **Employer's address** | 2130 Shoreline Drive<br>Number  Street | 2130 Shoreline Drive<br>Number  Street |
| | Flower Mound      TX    75022<br>City                State  Zip Code | Flower Mound      TX    75022<br>City                State  Zip Code |
| **How long employed there?** | 2 Yrs | 6 Mths |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $0.00 |
| **3.** | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | $0.00 | $0.00 |

Debtor 1 **Carroll James LeBouef, III**

Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ................................................... ➔ | 4. | $0.00 | $0.00 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. Insurance | 5e. | $0.00 | $0.00 |
| 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. Union dues | 5g. | $0.00 | $0.00 |
| 5h. Other deductions. Specify: _____ | 5h.+ | $0.00 | $0.00 |
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | $0.00 |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | $1,346.20 | $0.00 |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. Social Security | 8e. | $0.00 | $0.00 |
| 8f. Other government assistance that you regularly receive Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. Other monthly income. Specify: _____ | 8h.+ | $0.00 | $0.00 |
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $1,346.20 | $0.00 |
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $1,346.20 + | $0.00 = | $1,346.20 |

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

| Specify: _____ | 11. + | $0.00 |
|---|---|---|

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

| | 12. | $1,346.20 |
|---|---|---|
| | | **Combined monthly income** |

**13. Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

> None.

Debtor 1   **Carroll James LeBouef, III**
Debtor 2   **Challis Lee LeBouef**

Case number (if known)   **20-43914-mxm-13**

8a.  Attached Statement (Debtor 1)

## Scentsy

**Gross Monthly Income:**                                      **$246.20**

| Expense | Category | Amount |
|---------|----------|--------|
| **Total Monthly Expenses** | | **$0.00** |
| **Net Monthly Income:** | | **$246.20** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Carroll** | **James** | **LeBouef, III** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Challis** | **Lee** | **LeBouef** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **20-43914-mxm-13**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____

MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:     Describe Your Household

**1.   Is this a joint case?**

☐ No. Go to line 2.

☑ Yes. **Does Debtor 2 live in a separate household?**

  ☑ No
  ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2.   Do you have dependents?**

☐ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☑ Yes. Fill out this information for each dependent......................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **13 Yrs** | ☐ No ☑ Yes |
| **Son** | **11 Yrs** | ☐ No ☑ Yes |
| **Daughter** | **3 Yrs** | ☐ No ☑ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

**3.   Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

## Part 2:     Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---|
| **4.   The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | _____ |
| **If not included in line 4:** | | |
| 4a.   Real estate taxes | 4a. | _____ |
| 4b.   Property, homeowner's, or renter's insurance | 4b. | _____ |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. | **$50.00** |
| 4d.   Homeowner's association or condominium dues | 4d. | _____ |

Debtor 1   **Carroll James LeBouef, III**

Debtor 2   **Challis Lee LeBouef**

Case number (if known)   **20-43914-mxm-13**

**Your expenses**

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a. **$250.00** |
| | 6b. Water, sewer, garbage collection | 6b. **$120.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. **$300.00** |
| | 6d. Other. Specify: **Cell Phone** | 6d. **$400.00** |
| 7. | **Food and housekeeping supplies** | 7. **$600.00** |
| 8. | **Childcare and children's education costs** | 8. |
| 9. | **Clothing, laundry, and dry cleaning** | 9. **$50.00** |
| 10. | **Personal care products and services** | 10. **$20.00** |
| 11. | **Medical and dental expenses** | 11. **$50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. **$200.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. |
| 14. | **Charitable contributions and religious donations** | 14. |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. |
| | 15b. Health insurance | 15b. |
| | 15c. Vehicle insurance | 15c. **$194.00** |
| | 15d. Other insurance. Specify: | 15d. |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 | 17a. |
| | 17b. Car payments for Vehicle 2 | 17b. |
| | 17c. Other. Specify: | 17c. |
| | 17d. Other. Specify: | 17d. |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | |
| | 20a. Mortgages on other property | 20a. **$1,739.44** |
| | 20b. Real estate taxes     **(See continuation sheet(s) for details)** | 20b. **$600.52** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. |
| | 20e. Homeowner's association or condominium dues | 20e. |

| Debtor 1 | **Carroll James LeBouef, III** | | | |
|---|---|---|---|---|
| Debtor 2 | **Challis Lee LeBouef** | | Case number (if known) | **20-43914-mxm-13** |

**21. Other.** Specify: _____ 21. **+** _____

**22. Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$4,573.96** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$4,573.96** |

**23. Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$1,346.20** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. **–** | **$4,573.96** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **($3,227.76)** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here:
**None.**

Debtor 1   **Carroll James LeBouef, III**
Debtor 2   **Challis Lee LeBouef**                                          Case number (if known)   **20-43914-mxm-13**

**20b.** <u>**Other Real Property--Real Estate Taxes (details):**</u>

**Multiple Rental Properties-Shoreline Drive**                                                                        **$600.52**

                                                                                                    **Total:**   |   **$600.52**   |

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><strong>Carroll</strong><br>First Name</td><td><strong>James</strong><br>Middle Name</td><td><strong>LeBouef, III</strong><br>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td><strong>Challis</strong><br>First Name</td><td><strong>Lee</strong><br>Middle Name</td><td><strong>LeBouef</strong><br>Last Name</td></tr>
</table>

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **20-43914-mxm-13**
(if known)

☐ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  Fill out all of your schedules first; then complete the information on this form.  If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

| **Part 1:** | **Summarize Your Assets** |

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.............................................................. | **$759,299.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B....................................................... | **$126,209.20** |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................................ | **$885,508.20** |

| **Part 2:** | **Summarize Your Liabilities** |

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$530,058.41** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F...................................... | **$2,200.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+** | **$354,459.58** |
| | **Your total liabilities** | **$886,717.99** |

| **Part 3:** | **Summarize Your Income and Expenses** |

|  |  |  |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I.............................................................. | **$1,346.20** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J.......................................................... | **$4,573.96** |

Debtor 1    **Carroll James LeBouef, III**

Debtor 2    **Challis Lee LeBouef**

Case number (if known)   **20-43914-mxm-13**

---

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

     ☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

     ☑   Yes

7. **What kind of debt do you have?**

     ☑   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

     ☐   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from *Official Form 122A-1 Line 11;* **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

     **$246.20**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F,* copy the following:** | |
| 9a. Domestic support obligations. (Copy line 6a.) | **$0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | **$0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | **$0.00** |
| 9d. Student loans. (Copy line 6f.) | **$2,667.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | **$0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+**   **$0.00** |
| 9g. **Total.** Add lines 9a through 9f. | **$2,667.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carroll** | **James** | **LeBouef, III** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Challis** | **Lee** | **LeBouef** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **20-43914-mxm-13**
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Carroll James LeBouef, III**                    X **/s/ Challis Lee LeBouef**
Carroll James LeBouef, III, Debtor 1                     Challis Lee LeBouef, Debtor 2

Date **01/28/2021**                                      Date **01/28/2021**
MM / DD / YYYY                                           MM / DD / YYYY