**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Carroll James LeBouef, III**
**Challis Lee LeBouef**

CASE NO **20-43914-mxm-13**

CHAPTER **13**

*AMENDED 1/28/2021*
## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  1/28/2021

Signature  **/s/ Carroll James LeBouef, III**
*Carroll James LeBouef, III*

Date  1/28/2021

Signature  **/s/ Challis Lee LeBouef**
*Challis Lee LeBouef*

1st Natl B
3801 Fairway Blvd
Wichita Falls, TX 76310


Advancial
1845 Woodall Rodgers Freeway
Suite 1300
Dallas, TX 75201


AFJ Systems Inc
PO Box 940694
Houston, TX 77094-0694


Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998


ARSI
555 St. Charles Drive
Thousand Oaks, CA 91360


AT&T Universal
PO Box 6284
Sioux Falls, SD 57117-6284


Attorney General of Texas
Collections Div/ Bankruptcy Sec
PO Box 12548
Austin, TX 78711-2548


Bank of America
Attn: Bankruptcy
PO Box 982234
El Paso, TX 79998


Bank of America
Attn: Bankruptcy
NC4-105-03-14 PO Box 26012
Greensboro, NC 27420

Capital One Auto Finance
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


Carter Federal Credit Union
Attn: Bankruptcy
6885 Bert Kouns
Shreveport, LA 71129


Chase Auto Finance
Attn: Bankruptcy
PO Box 901076
Fort Worth, TX 76101


Citi/cbna
Citicorp Credit Services; Attn: Centrali
PO Box
Kansas City, MO 64195


Citi/Sears
Citibank/Centralized Bankruptcy
PO Box 790034
St Louis, MO 63179


Citibank
Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
St Louis, MO 63179


Citibank/Best Buy
Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
St Louis, MO 63179


Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
St Louis, MO 63179


Comenity Bank / The Limited
Attn: Bankruptcy
PO Box 182125Columbus
Columbus, OH 43218

Comenity Bank/Buckle
Attn: Bankruptcy
PO Box 182125Columbus
Columbus, OH 43218


Comenity Bank/Express
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218


Comenity Bank/Victoria Secret
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218


Comptroller of Public Accounts
Revenue Accounting/ Bankruptcy Div
PO Box 13528
Austin,TX 78711


Conduent/Nelnet Nhlp-iii/tr
9/1/19 Conduent ceased all student loan
All loans moved to other servicers
Utica, NY 13504


Credit Collection Services
725 Canton St.
Norwood, MA 02062


Denton County Tax Assessor
PO Box 90223
Denton, TX 76202


Diamond Banc 2 LLC
1021 East Broadway Ste. A
Columbia, MO 65201


Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054

```
Endurance Fcu Fka Hefc
703 South 9th Street
Duncan, OK 73533




Enigma Properties c/o Daniel Peters
6440 N. Central Expwy Ste 618
Dallas, TX 75206




Enigma Properties c/o Daniel Peters
6440 N. Central Expwy, Ste 618
Dallas, TX 75206




Enigma Properties LLC c/o Dan Peters
6440 N. Central Expwy Ste 618
Dallas, TX 75206




First Data
5565 Glenridge Connector NE
Ste 2000
Atlanta, GA 30342


Gatestone
1000 N. West Street Ste. 1200
Wilmington, DE 19801




Geico
One Gercl Central
Macon, GA 31296




Gexa Energy
Attn: Bankruptcy Dept.
20455 State Hwy 249 Ste 200
Houston, TX 77070


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346
```

La Capital Federal Cr
660 Laurel St
Baton Rouge, LA 70821


Leinart Law Firm
10670 N Central Expwy.
Suite 320
Dallas, TX 75231


Linebarger Goggan Blair et al
2777 N Stemmons Frwy. Ste. 1000
Dallas, TX 75207


Midland Credit Management
2365 Northside Drive Ste. 300
San Diego, CA 92108


Midlandstbk/greensky
1797 Ne Expressway
Atlanta, GA 30329


Mobility Credit Union
Po Box 630428
Irving, TX 75063


Nelnet
Attn: Bankruptcy Claims
PO Box 82505
Lincoln, NE 68501


NTTA
PO Box 660244
Dallas, TX 75266-0244


Simmons Bank
Attn: Bankruptcy
PO Box 7009
Pine Bluff, AR 71611

Snap On Crdt
950 Technology Way
Suite 301
Libertyville, IL 60048


Syncb/discount Tire
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896


Syncb/mohawk Color Ctr
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896


Syncb/Rooms To Go
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896


Synchrony Bank
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896


Synchrony Bank/ JC Penneys
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896


Synchrony Bank/Bass Pro
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896


Synchrony Bank/Care Credit
Attn:  Bankruptcy Dept
PO Box 965064
Orlando, FL 32896


Synchrony Bank/Chevron
Attn:  Bankruptcy Dept
PO Box 965060
Orlando, FL 32896

Synchrony Bank/Cost Plus World Market
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896


Synchrony Bank/Gap
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896


Synchrony Bank/Lowes
Attn:  Bankruptcy
PO Box 965060
Orlando, FL 32896


Synchrony Bank/Sams
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896


Synchrony Bank/Sams Club
Attn:  Bankruptcy Dept
PO Box 965060
Orlando, FL 32896


Synerprise Consulting Services, Inc
Attn: Bankruptcy
5651 Broadmoor
Mission, KS 66202


Texas Alcoholic Beverage Commission
Licenses and Permit Division
PO Box 13127
Austin,TX 78711-3127


Texas Workforce Commission
TEC Building- Bankruptcy
101 E 15th St
Austin, TX 78778


The Pritchard Law Firm
1244 Southridge Ct, #102 A
Hurst, TX 76053

United Collection Bureau
5260 South Wyck Blvd. Ste 206
Toledo, OH 43614-0190


United States Attorney
3rd Floor, 1100 Commerce St
Dallas, TX 75242


United States Trustee
1100 Commerce St, Rm 9C60
Dallas, TX 75242


United States Trustee- Northern District
1100 Commerce St, Rm 976
Dallas, TX 75242


US Anesthesia Partners
PO Box 830913
Birmingham, AL 35283-0913


Wells Fargo Bank NA
MAC F8234F-02F
PO Box 10438
Des Moines, IA 50306


Wells Fargo Home Mortgage
Attn: Written Correspondence/Bankruptcy
MAC#2302-04E POB 10335
Des Moines, IA 50306


Wells Fargo-pl&l
MAX F8234F-02F
PO Box 10438
Des Moines, IA 50306


William Ochiltree
5023 SW 8th Court
Cape Coral, FL 33914

Yourcommcu
Po Box 630428
Irving, TX 75063