**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carroll** | **James** | **LeBouef, III** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Challis** | **Lee** | **LeBouef** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **20-43914-mxm-13**
(if known)

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.**

**2130 Shoreline Drive**
Street address, if available, or other description

**Flower Mound** **TX** **75022**
City State ZIP Code

**Denton**
County

**2130 Shoreline Drive , Flower Mound, TX 75022**
**Single Family Residence**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **583023** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**
$260,711.00

**Current value of the portion you own?**
$260,711.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☑ Check if this is community property
(see instructions)

| Debtor 1 | **Carroll James LeBouef, III** | | |
|---|---|---|---|
| Debtor 2 | **Challis Lee LeBouef** | Case number (if known) | **20-43914-mxm-13** |

**1.2.**

**2129 Shoreline Drive**

Street address, if available, or other description

**Flower Mound**        **TX**   **75022**

City                                State   ZIP Code

**Denton**

County

**2129 Shoreline Drive, Flower Mound, TX 75022 Single Family Residence**

**What is the property?**
Check all that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?**
Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:   **465840**

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$200,000.00** | **$200,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Rental Property**

- ☑ **Check if this is community property**
  (see instructions)

---

**1.3.**

**2171 Shoreline Drive**

Street address, if available, or other description

**Flower Mound**        **TX**   **75022**

City                                State   ZIP Code

**Denton**

County

**2171 Shoreline Drive, Flower Mound, TX 75022 Single Family Residence**

**What is the property?**
Check all that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?**
Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:   **465841**

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$165,000.00** | **$165,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Rental Property**

- ☑ **Check if this is community property**
  (see instructions)

Debtor 1 **Carroll James LeBouef, III**
Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

---

| 1.4. | What is the property? | Do not deduct secured claims or exemptions. Put the |
|---|---|---|
| **Shoreline Drive** | Check all that apply. | amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

Street address, if available, or other description

What is the property? Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

| | | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|---|
| **Flower Mound** TX 75022 | | $133,588.00 | $133,588.00 |

City        State    ZIP Code

**Denton**
County

Who has an interest in the property? Check one.

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Undeveloped Land**

**Shoreline Drive, Flower Mound, TX 75022**
**Residential Lot 20R Twin Cove Estates Blk A - connected to homestead - CONTIGUOUS LAND TO HOMESTEAD**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number: **465841**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................➔  | **$759,299.00** |

---

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the |
|---|---|---|---|
| Make: | **Land Rover** | Check one. | amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: | **Range Rover Sport** | ☐ Debtor 1 only | |
| Year: | **2014** | ☐ Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| Approximate mileage: | **95,000** | ☑ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | $25,000.00  $25,000.00 |

Other information:
**2014 Land Rover Range Rover Sport (approx. 95,000 miles)**

☑ Check if this is community property (see instructions)

| 3.2. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the |
|---|---|---|---|
| Make: | **Ford** | Check one. | amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: | **Excursion** | ☐ Debtor 1 only | |
| Year: | **2003** | ☐ Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| Approximate mileage: | **240,000** | ☑ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | $15,000.00  $15,000.00 |

Other information:
**2003 Ford Excursion (approx. 240,000 miles)**

☑ Check if this is community property (see instructions)

| Debtor 1 | Carroll James LeBouef, III | | |
|---|---|---|---|
| Debtor 2 | Challis Lee LeBouef | Case number (if known) | 20-43914-mxm-13 |

---

**3.3.**

| | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | Ford | ☐ Debtor 1 only | |
| Model: | Mustang GT | ☐ Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| Year: | 1993 | ☒ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | _____ | ☐ At least one of the debtors and another | $1,000.00      $1,000.00 |

Other information:
**1993 Ford Mustang GT (only a shell)**     ☒ Check if this is community property (see instructions)

---

**3.4.**

| | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | Ford | ☐ Debtor 1 only | |
| Model: | Bronco | ☐ Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| Year: | 1993 | ☒ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | _____ | ☐ At least one of the debtors and another | $5,000.00      $5,000.00 |

Other information:
**1993 Ford Bronco**     ☒ Check if this is community property (see instructions)

---

**3.5.**

| | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | Ford | ☐ Debtor 1 only | |
| Model: | Bronco | ☐ Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| Year: | 1969 | ☒ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | _____ | ☐ At least one of the debtors and another | $3,000.00      $3,000.00 |

Other information:
**1969 Ford Bronco**     ☒ Check if this is community property (see instructions)

---

**3.6.**

| | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | FJ | ☐ Debtor 1 only | |
| Model: | Crusier | ☐ Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| Year: | 1969 | ☒ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | _____ | ☐ At least one of the debtors and another | $3,000.00      $3,000.00 |

Other information:
**1969 FJ Crusier**     ☒ Check if this is community property (see instructions)

---

**3.7.**

| | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | Willy's | ☐ Debtor 1 only | |
| Model: | | ☐ Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| Year: | 1953 | ☒ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | _____ | ☐ At least one of the debtors and another | $2,000.00      $2,000.00 |

Other information:
**1953 Willy's**     ☒ Check if this is community property (see instructions)

---

**3.8.**

| | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | Volkswagen | ☐ Debtor 1 only | |
| Model: | Bug | ☐ Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| Year: | 1957 | ☒ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | _____ | ☐ At least one of the debtors and another | $500.00      $500.00 |

Other information:
**1957 Volkswagen Bug**     ☒ Check if this is community property (see instructions)

---

Debtor 1  **Carroll James LeBouef, III**
Debtor 2  **Challis Lee LeBouef**

Case number (if known)  **20-43914-mxm-13**

---

| 3.9. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Pontiac** | Check one. | | |
| Model: | **GTO** | ☐ Debtor 1 only | | |
| Year: | **2005** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate mileage: | | ☒ Debtor 1 and Debtor 2 only | | |
| | | ☐ At least one of the debtors and another | **$4,950.00** | **$4,950.00** |
| Other information: | | | | |
| **2005 Pontiac GTO** | | ☒ Check if this is community property (see instructions) | | |

---

| 3.10. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Pontiac** | Check one. | | |
| Model: | **TransAm** | ☐ Debtor 1 only | | |
| Year: | **1978** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate mileage: | | ☒ Debtor 1 and Debtor 2 only | | |
| | | ☐ At least one of the debtors and another | **$5,400.00** | **$5,400.00** |
| Other information: | | | | |
| **1978 Pontiac TransAm** | | ☒ Check if this is community property (see instructions) | | |

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ☒ Yes

---

| 4.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Car Hauler** | Check one. | | |
| Model: | | ☐ Debtor 1 only | | |
| Year: | | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | | ☒ Debtor 1 and Debtor 2 only | | |
| Other information: | | ☐ At least one of the debtors and another | **$2,500.00** | **$2,500.00** |
| **Car Hauler** | | ☒ Check if this is community property (see instructions) | | |

---

| 4.2. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **24' Utility** | Check one. | | |
| Model: | **Trailer** | ☐ Debtor 1 only | | |
| Year: | | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | | ☒ Debtor 1 and Debtor 2 only | | |
| Other information: | | ☐ At least one of the debtors and another | **$2,500.00** | **$2,500.00** |
| **24' Utility Trailer** | | ☒ Check if this is community property (see instructions) | | |

---

| 4.3. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Donzi** | Check one. | | |
| Model: | **Boat** | ☐ Debtor 1 only | | |
| Year: | **2002** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | | ☒ Debtor 1 and Debtor 2 only | | |
| Other information: | | ☐ At least one of the debtors and another | **$18,900.00** | **$18,900.00** |
| **2002 Donzi Boat** | | ☒ Check if this is community property (see instructions) | | |

---

Debtor 1 **Carroll James LeBouef, III**
Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

---

**4.4.**
Make: **Procraft**
Model: **Boat**
Year: _____
Other information:
**Procraft Boat (blown engine)**

**Who has an interest in the property?**
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $100.00 | $100.00 |

---

**4.5.**
Make: **GoDevil**
Model: **Boat**
Year: _____
Other information:
**GoDevil Boat**

**Who has an interest in the property?**
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $200.00 | $200.00 |

---

**4.6.**
Make: **Can-Am**
Model: _____
Year: _____
Other information:
**Can-Am**

**Who has an interest in the property?**
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $5,000.00 | $5,000.00 |

---

**4.7.**
Make: **Can-Am**
Model: _____
Year: _____
Other information:
**Can-Am**

**Who has an interest in the property?**
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $5,000.00 | $5,000.00 |

---

**4.8.**
Make: **250cc 4-Wheeler**
Model: _____
Year: _____
Other information:
**250cc 4-Wheeler**

**Who has an interest in the property?**
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,000.00 | $1,000.00 |

---

**4.9.**
Make: **90cc 4-Wheeler**
Model: _____
Year: _____
Other information:
**90cc 4-Wheeler**

**Who has an interest in the property?**
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $500.00 | $500.00 |

---

Debtor 1 **Carroll James LeBouef, III**
Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

| | | |
|---|---|---|
| 4.10. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Make: | **250cc CRFR** | Check one. | |
| Model: | | ☐ Debtor 1 only | |
| Year: | | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Other information: | | ☒ Debtor 1 and Debtor 2 only | |
| **250cc CRFR** | | ☐ At least one of the debtors and another | $500.00 / $500.00 |
| | | ☒ Check if this is community property (see instructions) | |

| | | |
|---|---|---|
| 4.11. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Make: | **125cc YZF** | Check one. | |
| Model: | | ☐ Debtor 1 only | |
| Year: | | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Other information: | | ☒ Debtor 1 and Debtor 2 only | |
| **125cc YZF** | | ☐ At least one of the debtors and another | $500.00 / $500.00 |
| | | ☒ Check if this is community property (see instructions) | |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**..........................................➔ **$101,550.00**

---

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

*Current value of the portion you own?*
*Do not deduct secured claims or exemptions.*

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe..... **See continuation page(s).** — $4,160.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes. Describe..... **See continuation page(s).** — $1,660.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☒ Yes. Describe..... **See continuation page(s).** — $1,085.00

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☒ Yes. Describe..... **Exercise Equipment** — $800.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes. Describe.....

Debtor 1 **Carroll James LeBouef, III**

Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe..... | **See continuation page(s).** | $700.00

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe..... | **See continuation page(s).** | $6,500.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No

☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific information.............

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here................................................................................ → | $14,905.00

---

**Part 4:**    **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own? Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes....................................................................................................................... Cash: ...........................

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes...........................    Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **Business Checking account- Chase #9527** | $7.52 |
| 17.2. | Checking account: | **Personal Checking account-Chase #7038** | $0.00 |
| 17.3. | Checking account: | **Business Checking account- Chase #8791** | $0.00 |
| 17.4. | Savings account: | **Business Savings account- Chase #8051** | $0.00 |

| Debtor 1 | **Carroll James LeBouef, III** | | |
|---|---|---|---|
| Debtor 2 | **Challis Lee LeBouef** | | |

Case number (if known)  **20-43914-mxm-13**

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes........................... Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific information about them..........................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Maverick Wealth Management** | **100%** | **$0.00** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific information about them.......................... Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes.  List each account separately.     Type of account:     Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☑ Yes...........................

| | Institution name or individual: | |
|---|---|---|
| Security deposit on rental unit: | **Security deposit on rental unit-ENIGMA PROPERTIES** | **$0.00** |

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes........................... Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☐ No
☑ Yes........................... Institution name and description.  Separately file the records of any interests. 11 U.S.C. § 521(c)

| | |
|---|---|
| **New York LIfe 529 State Tuition Program #8201** | **$1,015.49** |
| **New York LIfe 529 State Tuition Program #8202** | **$1,375.07** |
| **American Funds 529 Tuition Plan** | **$409.27** |

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific information about them

Debtor 1   **Carroll James LeBouef, III**

Debtor 2   **Challis Lee LeBouef**

Case number (if known)   **20-43914-mxm-13**

**27.** **Licenses, franchises, and other general intangibles**

   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

   ☑ No

   ☐ Yes. Give specific information about them

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28.** **Tax refunds owed to you**

   ☑ No

   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

   Federal: _____

   State: _____

   Local: _____

**29.** **Family support**

   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

   ☑ No

   ☐ Yes. Give specific information

   Alimony: _____

   Maintenance: _____

   Support: _____

   Divorce settlement: _____

   Property settlement: _____

**30.** **Other amounts someone owes you**

   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

   ☑ No

   ☐ Yes. Give specific information

**31.** **Interests in insurance policies**

   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☐ No

   ☑ Yes. Name the insurance company of each policy and list its value................

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **New York Life Insurance** | | $716.77 |
| **New York Life Insurance (full value $347,685.00)** | | $1,230.08 |

**32.** **Any interest in property that is due you from someone who has died**

   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

   ☑ No

   ☐ Yes. Give specific information

**33.** **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ☑ No

   ☐ Yes. Describe each claim........

Debtor 1    **Carroll James LeBouef, III**

Debtor 2    **Challis Lee LeBouef**        Case number (if known)    **20-43914-mxm-13**

---

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

- ☑ No
- ☐ Yes. Describe each claim........

35. **Any financial assets you did not already list**

- ☑ No
- ☐ Yes. Give specific information

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................➔ | **$4,754.20**

---

**Part 5:**    **Describe Any Business-Related Property You Own or Have an Interest In.**   List any real estate in Part 1.

---

37. **Do you own or have any legal or equitable interest in any business-related property?**

- ☐ No. Go to Part 6.
- ☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

- ☑ No
- ☐ Yes. Describe..

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

- ☑ No
- ☐ Yes. Describe..

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

- ☐ No
- ☑ Yes. Describe.. **Misc Tools**      **$5,000.00**

41. **Inventory**

- ☑ No
- ☐ Yes. Describe..

42. **Interests in partnerships or joint ventures**

- ☑ No
- ☐ Yes. Describe..... Name of entity:     % of ownership:

43. **Customer lists, mailing lists, or other compilations**

- ☑ No
- ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
  - ☐ No
  - ☐ Yes. Describe....

---

Debtor 1    **Carroll James LeBouef, III**

Debtor 2    **Challis Lee LeBouef**                                    Case number (if known)  **20-43914-mxm-13**

**44. Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information.

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................................. ➔ | $5,000.00 |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes....

**48. Crops--either growing or harvested**

☑ No

☐ Yes. Give specific information................

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes....

**50. Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes....

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information................

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**.................................................................................. ➔ | $0.00 |

Debtor 1    **Carroll James LeBouef, III**

Debtor 2    **Challis Lee LeBouef**

Case number (if known)    **20-43914-mxm-13**

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes. Give specific information.

54. **Add the dollar value of all of your entries from Part 7. Write that number here**............................... ➔    **$0.00**

## Part 8:   List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**........................................................................................ ➔    **$759,299.00**

56. **Part 2: Total vehicles, line 5**    **$101,550.00**

57. **Part 3: Total personal and household items, line 15**    **$14,905.00**

58. **Part 4: Total financial assets, line 36**    **$4,754.20**

59. **Part 5: Total business-related property, line 45**    **$5,000.00**

60. **Part 6: Total farm- and fishing-related property, line 52**    **$0.00**

61. **Part 7: Total other property not listed, line 54**    +    **$0.00**

62. **Total personal property.**    Add lines 56 through 61..................    **$126,209.20**    Copy personal property total ➔ +    **$126,209.20**

63. **Total of all property on Schedule A/B.**    Add line 55 + line 62.............................................................    **$885,508.20**

Debtor 1   **Carroll James LeBouef, III**

Debtor 2   **Challis Lee LeBouef**                                        Case number (if known)   **20-43914-mxm-13**

**6.**   **Household goods and furnishings (details):**

| | |
|---|---|
| **Couch** | **$300.00** |
| **Chair** | **$100.00** |
| **Loveseat** | **$150.00** |
| **2 Lamps** | **$10.00** |
| **Dining Table** | **$100.00** |
| **Armoire** | **$200.00** |
| **Dishes** | **$25.00** |
| **Pots/Pans** | **$40.00** |
| **Small APpliances** | **$35.00** |
| **3 Refrigerators** | **$350.00** |
| **Washing Machine/Dryer** | **$500.00** |
| **Dishwasher** | **$100.00** |
| **Stove/Oven** | **$150.00** |
| **Microwave** | **$150.00** |
| **3 Beds** | **$500.00** |
| **3 Dressers** | **$300.00** |
| **4 Night Tables** | **$150.00** |
| **Mirror** | **$50.00** |
| **Lawn Furniture** | **$150.00** |
| **Misc. Lawn Equipment** | **$300.00** |
| **Misc. Power Tools** | **$500.00** |

**7.**   **Electronics (details):**

| | |
|---|---|
| **3 Televisoins** | **$500.00** |
| **Ent Center** | **$150.00** |
| **3 DVD Players** | **$50.00** |
| **Camera** | **$300.00** |
| **Telephone** | **$10.00** |
| **3 Computers** | **$600.00** |
| **Printer** | **$50.00** |

**8.**   **Collectibles of value (details):**

| | |
|---|---|
| **Books** | **$30.00** |
| **Video Games** | **$250.00** |
| **CDs** | **$20.00** |

| Debtor 1 | **Carroll James LeBouef, III** | | |
|---|---|---|---|
| Debtor 2 | **Challis Lee LeBouef** | Case number (if known) | **20-43914-mxm-13** |

| | |
|---|---|
| **Statues** | **$200.00** |
| **DVDs** | **$35.00** |
| **Antiques** | **$500.00** |
| **Family Pictures** | **$50.00** |

11. <u>Clothes (details):</u>

| | |
|---|---|
| **Clothes** | **$400.00** |
| **Shoes** | **$300.00** |

12. <u>Jewelry (details):</u>

| | |
|---|---|
| **ROLEX 69173, #R474151; 2T LADIES DATEJUST 18KYG FLUTED BEZEL WHITE ROMAN NUMERAL DIAL WITH BOX AND GEM WORLD PRE OWNED ROLEX** | **$1,250.00** |
| **VACHERON CONSTANTIN; 18KYG VERSACE EARRINGS AND RING WITH DIAMONDS APX 18 DWT** | **$750.00** |
| **SOLITAIRE RING DBHB JEWELRY; 14KYG W/ APPROX. 1.80CT OLD EURO CUT DIAMOND J-K/VS (SEVERAL SMALL KNICKS IN GIRDLE)** | **$3,750.00** |
| **EARRINGS DBHB JEWELRY; 2 PAIR DIAMOND STUDS - APPROX. .90CTW RBC IN 14KYG & APPROX. .40CTW PRIN IN 14KWG** | **$250.00** |
| **Costume Jewlery** | **$500.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carroll** | **James** | **LeBouef, III** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Challis** | **Lee** | **LeBouef** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **20-43914-mxm-13**
(if known)

☐ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

---

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2130 Shoreline Drive , Flower Mound, TX 75022**<br>**Single Family Residence**<br>**Parcel: 583023**<br>Line from *Schedule A/B*: __**1.1**__ | **$260,711.00** | ☑ **$146,499.89**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description:<br>**Shoreline Drive, Flower Mound, TX 75022**<br>**Residential Lot 20R Twin Cove Estates Blk A - connected to homestead - CONTIGUOUS LAND TO HOMESTEAD**<br>**Parcel: 465841**<br>Line from *Schedule A/B*: __**1.4**__ | **$133,588.00** | ☑ **$133,274.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

---

| Debtor 1 | **Carroll James LeBouef, III** | | |
|---|---|---|---|
| Debtor 2 | **Challis Lee LeBouef** | Case number (if known) | **20-43914-mxm-13** |

**Part 2:**     **Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2014 Land Rover Range Rover Sport (approx. 95,000 miles)**<br>Line from *Schedule A/B*: __3.1__ | $25,000.00 | ☑ $11,722.65<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**2003 Ford Excursion (approx. 240,000 miles)**<br>Line from *Schedule A/B*: __3.2__ | $15,000.00 | ☑ $15,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**Couch**<br>Line from *Schedule A/B*: __6__ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Chair**<br>Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Loveseat**<br>Line from *Schedule A/B*: __6__ | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**2 Lamps**<br>Line from *Schedule A/B*: __6__ | $10.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Dining Table**<br>Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Armoire**<br>Line from *Schedule A/B*: __6__ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Dishes**<br>Line from *Schedule A/B*: __6__ | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1   **Carroll James LeBouef, III**
Debtor 2   **Challis Lee LeBouef**

Case number (if known)   **20-43914-mxm-13**

---

**Part 2:**   **Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|---|
| | Copy the value from *Schedule A/B* | | *Check only one box for each exemption* | |
| Brief description:<br>**Pots/Pans**<br><br>Line from *Schedule A/B*: ___6___ | **$40.00** | ☑<br>☐ | **$40.00**<br>100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Small APpliances**<br><br>Line from *Schedule A/B*: ___6___ | **$35.00** | ☑<br>☐ | **$35.00**<br>100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**3 Refrigerators**<br><br>Line from *Schedule A/B*: ___6___ | **$350.00** | ☑<br>☐ | **$350.00**<br>100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Washing Machine/Dryer**<br><br>Line from *Schedule A/B*: ___6___ | **$500.00** | ☑<br>☐ | **$500.00**<br>100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Dishwasher**<br><br>Line from *Schedule A/B*: ___6___ | **$100.00** | ☑<br>☐ | **$100.00**<br>100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Stove/Oven**<br><br>Line from *Schedule A/B*: ___6___ | **$150.00** | ☑<br>☐ | **$150.00**<br>100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Microwave**<br><br>Line from *Schedule A/B*: ___6___ | **$150.00** | ☑<br>☐ | **$150.00**<br>100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**3 Beds**<br><br>Line from *Schedule A/B*: ___6___ | **$500.00** | ☑<br>☐ | **$500.00**<br>100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**3 Dressers**<br><br>Line from *Schedule A/B*: ___6___ | **$300.00** | ☑<br>☐ | **$300.00**<br>100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| | | |
|---|---|---|
| Debtor 1 | **Carroll James LeBouef, III** | |
| Debtor 2 | **Challis Lee LeBouef** | Case number (if known) __**20-43914-mxm-13**__ |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**4 Night Tables**<br><br>Line from *Schedule A/B*: ___**6**___ | **$150.00** | ☑ **$150.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Mirror**<br><br>Line from *Schedule A/B*: ___**6**___ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Lawn Furniture**<br><br>Line from *Schedule A/B*: ___**6**___ | **$150.00** | ☑ **$150.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Misc. Lawn Equipment**<br><br>Line from *Schedule A/B*: ___**6**___ | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Misc. Power Tools**<br><br>Line from *Schedule A/B*: ___**6**___ | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**3 Televisoins**<br><br>Line from *Schedule A/B*: ___**7**___ | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Ent Center**<br><br>Line from *Schedule A/B*: ___**7**___ | **$150.00** | ☑ **$150.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**3 DVD Players**<br><br>Line from *Schedule A/B*: ___**7**___ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Camera**<br><br>Line from *Schedule A/B*: ___**7**___ | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1 **Carroll James LeBouef, III**
Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Telephone**<br><br>Line from *Schedule A/B*: __7__ | **$10.00** | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **3 Computers**<br><br>Line from *Schedule A/B*: __7__ | **$600.00** | ☑ **$600.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Printer**<br><br>Line from *Schedule A/B*: __7__ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Books**<br><br>Line from *Schedule A/B*: __8__ | **$30.00** | ☑ **$30.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Video Games**<br><br>Line from *Schedule A/B*: __8__ | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **CDs**<br><br>Line from *Schedule A/B*: __8__ | **$20.00** | ☑ **$20.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Statues**<br><br>Line from *Schedule A/B*: __8__ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **DVDs**<br><br>Line from *Schedule A/B*: __8__ | **$35.00** | ☑ **$35.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Antiques**<br><br>Line from *Schedule A/B*: __8__ | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    **Carroll James LeBouef, III**
Debtor 2    **Challis Lee LeBouef**

Case number (if known)    __20-43914-mxm-13__

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Family Pictures**<br><br>Line from *Schedule A/B*: __8__ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Exercise Equipment**<br><br>Line from *Schedule A/B*: __9__ | **$800.00** | ☑ **$800.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**Clothes**<br><br>Line from *Schedule A/B*: __11__ | **$400.00** | ☑ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**Shoes**<br><br>Line from *Schedule A/B*: __11__ | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**ROLEX 69173, #R474151; 2T LADIES DATEJUST 18KYG FLUTED BEZEL WHITE ROMAN NUMERAL DIAL WITH BOX AND GEM WORLD**<br>**PRE OWNED ROLEX**<br>Line from *Schedule A/B*: __12__ | **$1,250.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**VACHERON CONSTANTIN; 18KYG VERSACE EARRINGS AND RING WITH DIAMONDS APX 18 DWT**<br>Line from *Schedule A/B*: __12__ | **$750.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**SOLITAIRE RING DBHB JEWELRY; 14KYG W/ APPROX. 1.80CT OLD EURO CUT DIAMOND J-K/VS (SEVERAL SMALL KNICKS IN GIRDLE)**<br>Line from *Schedule A/B*: __12__ | **$3,750.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**EARRINGS DBHB JEWELRY; 2 PAIR DIAMOND STUDS - APPROX. .90CTW RBC IN 14KYG & APPROX. .40CTW PRIN IN 14KWG**<br>Line from *Schedule A/B*: __12__ | **$250.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |

Debtor 1 **Carroll James LeBouef, III**
Debtor 2 **Challis Lee LeBouef**

Case number (if known) **20-43914-mxm-13**

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Costume Jewlery**<br><br>Line from *Schedule A/B*: __12__ | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**New York LIfe 529 State Tuition Program # 8201**<br><br>Line from *Schedule A/B*: __24__ | **$1,015.49** | ☑ **$1,015.49**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0022** |
| Brief description:<br>**New York LIfe 529 State Tuition Program # 8202**<br><br>Line from *Schedule A/B*: __24__ | **$1,375.07** | ☑ **$1,375.07**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0022** |
| Brief description:<br>**American Funds 529 Tuition Plan**<br><br>Line from *Schedule A/B*: __24__ | **$409.27** | ☑ **$409.27**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0022** |
| Brief description:<br>**New York Life Insurance**<br><br>Line from *Schedule A/B*: __31__ | **$716.77** | ☑ **$716.77**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**New York Life Insurance (full value $347,685.00)**<br>Line from *Schedule A/B*: __31__ | **$1,230.08** | ☑ **$1,230.08**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**Misc Tools**<br><br>Line from *Schedule A/B*: __40__ | **$5,000.00** | ☑ **$5,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carroll** | **James** | **LeBouef, III** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Challis** | **Lee** | **LeBouef** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **20-43914-mxm-13**
(if known)

☐ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from Schedule A/B...................................................... **$759,299.00**

   1b. Copy line 62, Total personal property, from Schedule A/B.......................................... **$126,209.20**

   1c. Copy line 63, Total of all property on Schedule A/B................................................... **$885,508.20**

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$530,058.41**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F..................................... **$2,200.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+ $354,459.58**

   **Your total liabilities** **$886,717.99**

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I................................................................ **$1,346.20**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J....................................................................... **$4,573.96**

Debtor 1   **Carroll James LeBouef, III**

Debtor 2   **Challis Lee LeBouef**

Case number (if known)   **20-43914-mxm-13**

---

| Part 4: | Answer These Questions for Administrative and Statistical Records |
| --- | --- |

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.** From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

($1,172.69)

**9.** Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a. Domestic support obligations. (Copy line 6a.)     $0.00

9b. Taxes and certain other debts you owe the government. (Copy line 6b.)     $0.00

9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)     $0.00

9d. Student loans. (Copy line 6f.)     $2,667.00

9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)     $0.00

9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)    +    $0.00

9g. **Total.** Add lines 9a through 9f.     $2,667.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carroll**<br>First Name | **James**<br>Middle Name | **LeBouef, III**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | **Challis**<br>First Name | **Lee**<br>Middle Name | **LeBouef**<br>Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)    **20-43914-mxm-13**

☐ Check if this is an
amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Carroll James LeBouef, III**
Carroll James LeBouef, III, Debtor 1

Date **03/25/2021**
MM / DD / YYYY

X **/s/ Challis Lee LeBouef**
Challis Lee LeBouef, Debtor 2

Date **03/25/2021**
MM / DD / YYYY