**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Phone: (817) 916-4710
Fax: (817) 916-4770

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                                           CASE NO: 20-43914-MXM-13

    **CARROLL JAMES LEBOUEF III**
        2130 SHORELINE DR
        FLOWER MOUND, TX 75022
        SSN/TIN: XXX-XX-5878

    **CHALLIS LEE LEBOUEF**
        2130 SHORELINE DR
        FLOWER MOUND, TX 75022
        SSN/TIN: XXX-XX-3862

**DEBTORS**                                                                              HEARING: MAY 20, 2021  AT 8:30 AM

### NOTICE OF HEARING ON CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN OBJECTION IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 24 DAYS FROM THE DATE OF SERVICE OF THIS NOTICE. IF AN OBJECTION IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO OBJECTION IS TIMELY FILED, THE PLAN SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER CONFIRMING IT.

    If an objection is timely filed and not resolved by the hearing date, this matter will be called at the docket call on the time and date above in ROOM 128 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102 -3643 with a hearing following docket call.

                                                                 Respectfully submitted,

                                       By:    <u>/s/ Ethan S. Cartwright</u>
                                                   Ethan S. Cartwright, Staff Attorney
                                                   Bar No. 24068273
                                                   PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                                                   Bar No. 01344800
                                                   7001 Blvd 26, Ste 150
                                                   North Richland Hills, TX 76180
                                                   (817) 916-4710 Phone
                                                   (817) 916-4770 Fax

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on the date of filing. Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors and the parties listed below, if any.

        By:    /s/ Ethan S. Cartwright
                 Ethan S. Cartwright

CREDITORS:

1st Natl B,  3801 Fairway Blvd,  Wichita Falls, TX  76310-0000

Advancial,  1845 Woodall Rodgers Freeway,  Suite 1300,  Dallas, TX  75201-0000

AES/PHEAA,  PO BOX 8147,  HARRISBURG, PA  17102-0000

AFJ Systems Inc,  PO Box 940694,  Houston, TX  77094

ALBERTELLI LAW,  PO BOX 23028,  TAMPA, FL  33623-0000

Amex,  Correspondence Bankruptcy,  PO Box 981540,  El Paso, TX  79998-0000

ARSI,  555 St Charles Drive,  Thousand Oaks, CA  91360-0000

AT AND T Universal,  PO Box 6284,  Sioux Falls, SD  57117

ATTORNEY GENERAL OF TEXAS,  COLLECTIONS DIV/BANKRUPTCY SEC,  PO BOX 12548,  AUSTIN, TX  78711

Bank of America,  Attn Bankruptcy,  NC4 105 03 14 PO Box 26012,  Greensboro, NC  27420-0000

Bank of America,  Attn Bankruptcy,  PO Box 982234,  El Paso, TX  79998-0000

BECKET & LEE,  PO BOX 3001,  MALVERN, PA  19355-0000

CAPITAL ONE,  PO BOX 30285,  SALT LAKE CITY, UT  84130

CARTER FEDERAL CREDIT UNION,  PO BOX 814,  SPRINGHILL, LA  71075-0000

Carter Federal Credit Union,  Attn Bankruptcy,  6885 Bert Kouns,  Shreveport, LA  71129-0000

Chase Auto Finance,  Attn Bankruptcy,  PO Box 901076,  Fort Worth, TX  76101-0000

CITI/CBNA,  ,  00000-0000***

CITIBANK,  6716 GRADE LN BLG 9 STE 910-PY DEPT,  LOUISVILLE, KY  40213-0000

CITIBANK,  5800 S CORPORATE PL,  SIOUX FALLS, SD  57108-0000

CITIBANK,  PO BOX 790034,  SAINT LOUIS, MO  64195-0000

COMENITY BANK,  PO BOX 182125,  COLUMBUS, OH  43218-0000

Comptroller of Public Accounts,  Revenue Accounting  Bankruptcy Div,  PO Box 13528,  Austin, TX  78711-0000

Conduent Nelnet Nhlp iii tr,  9 1 19 Conduent ceased all student loan,  All loans moved to other servicers,  Utica, NY  13504-0000***

COUNTY OF DENTON,  C/O MCCREARY VESELKA BRAGG,  PO BOX 1269,  ROUND ROCK, TX  78680-0000

CREDIT COLLECTION SERVICES,  725 CANTON ST,  NORWOOD, MA  02062-0000

DENTON COUNT TAX ASSESSOR COLL,  PO BOX 1277,  DENTON, TX  76202-0000

Diamond Banc 2 LLC,  1021 East Broadway Ste A,  Columbia, MO  65201-0000

DISCOVER BANK,  DFS SERVICES LLC,  PO BOX 3025,  NEW ALBANY, OH  43054

Discover Financial,  PO Box 3025,  New Albany, OH  43054-0000

Endurance Fcu Fka Hefc,  703 South 9th Street,  Duncan, OK  73533-0000

Enigma Properties c o Daniel Peters,  6440 N Central Expwy Ste 618,  Dallas, TX  75206-0000

First Data,  5565 Glenridge Connector NE,  Ste 2000,  Atlanta, GA  30342-0000

Gatestone,  1000 N West Street Ste 1200,  Wilmington, DE  19801-0000

GEICO,  ONE GERCL CENTRAL,  MACON, GA  31296-0000

Gexa Energy,  Attn Bankruptcy Dept,  20455 State Hwy 249 Ste 200,  Houston, TX  77070-0000

INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101

INTERNAL REVENUE SERVICE,  PO BOX 7317,  PHILADELPHIA, PA  19101

J WARD HOLIDAY & ASSOC,  501 ELM STREET STE 400 LB13,  DALLAS, TX  75202-0000

La Capital Federal Cr,  660 Laurel St,  Baton Rouge, LA  70821-0000

LEWISVILLE ISD,  C/O LINEBARGER GOGGAN BLAIR & SAMPSON,  2777 N STEMMONS FRWY STE 1000,  DALLAS, TX  75207-0000

LINEBARGER GOGGAN BLAIR AND SAMPSON,  2777 N STEMMONS FWY STE 1000,  DALLAS, TX  75207-0000

LVNV FUNDING LLC,  RESURGENT CAPITAL SERVICES,  PO BOX 10587,  GREENVILLE, SC  29603

MCCARTHY & HOLTHUS LLP,  1255 W 15TH ST STE 1060,  PLANO, TX  75075-0000

MCCREARY VESELKA BRAGG & ALLEN,  PO BOX 1269,  ROUND ROCK, TX  78680-0000

Midland Credit Management Inc,  PO Box 2037,  Warren, MI  48090-0000

Midlandstbk greensky,  1797 Ne Expressway,  Atlanta, GA  30329-0000

MOBILITY CREDIT UNION,  8384 N BELTLINE RD,  IRVING, TX  75063-0000

MOBILITY CREDIT UNION,  PO BOX 630428,  IRVING, TX  75063-0000

Nelnet,  Attn Bankruptcy Claims,  PO Box 82505,  Lincoln, NE  68501-0000

Nelnet on behalf of PHEAA,  PA Higher Education Assistance Agency,  PO Box 8147,  Harrisburg, PA  17105-0000

CREDITORS:     (cont'd.)

NTTA,  PO Box 660244,  Dallas, TX  75266

PERDUE BRACKETT FLORES UTT & BURNS, JV,  C/O PBFC&M, LLP,  500 E BORDER ST STE 640,  ARLINGTON, TX  76010-0000

PHEAA,  PO BOX 1463,  HARRISBURG, PA  17105-0000

PRA RECEIVABLES MGMT, LLC,  PO BOX 12914,  NORFOLK, VA  23541-0000

PRA RECEIVABLES MGMT. LLC,  PO BOX 41067,  NORFOLK, VA  23541-0000

QUANTUM3 GROUP,  COMENITY BANK,  PO BOX 788,  KIRKLAND, WA  98083

QUANTUM3 GROUP LLC,  PO BOX 788,  KIRKLAND, WA  98083

QUANTUM3 GROUP LLC,  PO BOX 2489,  KIRKLAND, WA  98083

Simmons Bank,  Attn Bankruptcy,  PO Box 7009,  Pine Bluff, AR  71611-0000

Simmons Bank,  Post Office Box 733,  Union City, TN  38281-0000

Snap On Crdt,  950 Technology Way,  Suite 301,  Libertyville, IL  60048-0000

SYNCHRONY BANK,  PO BOX 965064,  ORLANDO, FL  32896-0000

SYNCHRONY BANK,  C/O PRA RECEIVABLES MANAGEMENT LLC,  PO BOX 41021,  NORFOLK, VA  23541-0000

SYNCHRONY BANK,  PO BOX 965060,  ORLANDO, FL  32896-0000

Synerprise Consulting Services Inc,  Attn Bankruptcy,  5651 Broadmoor,  Mission, KS  66202-0000

TARRANT COUNTY TAX COLLECTOR,  DELINQUENT TAX DEPARTMENT,  2777 N STEMMONS FREEWAY STE 1000,  DALLAS, TX  75207-000

TEXAS ALCOHOLIC BEVERAGE COMM,  LICENSES AND PERMITS DIVISION,  PO BOX 13127,  AUSTIN, TX  78711

TEXAS COMPTROLLER PUBLIC ACCTS,  REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN, TX  78711

TEXAS WORKFORCE COMMISSION,  TAX DEPT COLLECTION FKA TEC,  101 E 15TH ST, RM 556-A,  AUSTIN, TX  78778-0000

The Pritchard Law Firm,  1244 Southridge Ct #102 A,  Hurst, TX  76053-0000

United Collection Bureau,  5260 South Wyck Blvd Ste 206,  Toledo, OH  43614

UNITED STATES ATTORNEY,  1100 COMMERCE ST 3RD FLOOR,  DALLAS, TX  75242

US Anesthesia Partners,  PO Box 830913,  Birmingham, AL  35283

WELLS FARGO BANK,  DEFAULT DOC PROCESSING N9286-01Y,  1000 BLUE GENTIAN RD,  EAGAN, MN  55121

WELLS FARGO BANK - UCI EFT,  7000 VISTA DR,  WEST DES MOINES, IA  50266-0000

Wells Fargo Bank NA,  PO Box 10438 MAC F8235 02F,  Des Moines, IA  50306

Wells Fargo Bank NA,  MAC F8234F 02F,  PO Box 10438,  Des Moines, IA  50306-0000

Wells Fargo Bank NA,  1000 Blue Gentian Road,  Eagan, MN  55121-0000

Wells Fargo Home Mor,  Attn Written Correspondence Bankruptcy,  MAC No 2302 04E POB 10335,  Des Moines, IA  50306-0000

William Ochiltree,  5023 SW 8th Court,  Cape Coral, FL  33914-0000

Yourcommcu,  Po Box 630428,  Irving, TX  75063-0000

***Address on record invalid for recipient -- no document mailed to this party.