PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Phone: (817) 916-4710
Fax: (817) 916-4770

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 20-43914-MXM-13 |
| **CARROLL JAMES LEBOUEF III**<br>   2130 SHORELINE DR<br>   FLOWER MOUND, TX 75022<br>   SSN/TIN: XXX-XX-5878 | |
| **CHALLIS LEE LEBOUEF**<br>   2130 SHORELINE DR<br>   FLOWER MOUND, TX 75022<br>   SSN/TIN: XXX-XX-3862 | |
| **DEBTORS** | **HEARING: MAY 20, 2021 AT 8:30 AM** |

### TRUSTEE'S MOTION TO DISMISS CASE FOR CAUSE AND NOTICE OF HEARING

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this Trustee's Motion to Dismiss Case for Cause under 11 U.S.C. § 1307 and Fed. R. Bank. P. 9014.  Trustee would respectfully show the Court:

1. The Court has jurisdiction, and this is a core proceeding. [1]

2. This case should be dismissed under § 1307 because the delay in confirming Debtors' Chapter 13 Plan is unreasonable and prejudicial to creditors.

   WHEREFORE, Trustee prays that Trustee's Motion to Dismiss Case for Cause be GRANTED and for general relief

                    Respectfully submitted,

By:   /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
(817) 916-4710 Phone
(817) 916-4770 Fax

---

[1] 11 U.S.C. § 105 & 28 U.S.C. §§ 157(b) & 1334

**NOTICE OF HEARING**

This matter will be called at the docket call on the date and time above in Room 128 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, Tx 76102-3643 with a hearing following docket call.  YOU DO NOT HAVE TO ATTEND THE HEARING UNLESS YOU OPPOSE DISMISSAL OF THE CASE.

          By:    /s/ Ethan S. Cartwright
                Ethan S. Cartwright

**CERTIFICATE OF SERVICE**

I certify that a true and copy of the foregoing was served on or before the date of fling.  Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors and the parties listed below, if any.

          By:    /s/ Ethan S. Cartwright
                Ethan S. Cartwright

CARROLL JAMES LEBOUEF III
CHALLIS LEE LEBOUEF
2130 Shoreline Dr
Flower Mound, TX  75022