**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No. 01344800
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Telephone: (817) 916-4710
Facsimile: (817) 916-4770

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 20-43914-MXM-13** |
| **CARROLL JAMES LEBOUEF III**<br>    2130 SHORELINE DR<br>    FLOWER MOUND, TX 75022<br>    SSN/TIN: XXX-XX-5878 | |
| **CHALLIS LEE LEBOUEF**<br>    2130 SHORELINE DR<br>    FLOWER MOUND, TX 75022<br>    SSN/TIN: XXX-XX-3862 | |
| **DEBTORS** | **HEARING: May 20, 2021 AT 8:30 AM** |

**NOTICE OF OBJECTION TO CLAIM**

The Chapter 13 Trustee has filed an objection to your claim in this bankruptcy case.  **Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.**  If you do not want the court to eliminate or change your claim, then on or before 33 days from the date of service hereof, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at: ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643. If you mail your response to the court for filing, you must mail it early enough so that the court will receive it by your response deadline;

2. You must also send a copy to: Pam Bassel STANDING CHAPTER 13 TRUSTEE 7001 Blvd 26, Suite 150 North Richland Hills, TX 76180 and any other party entitled to notice under the Federal Rules of Bankruptcy Procedure; and

3. Attend the hearing on the objection scheduled to be held on 5/20/2021 at 8:30 AM.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.**

|  |  |
|---|---|
| | Respectfully submitted, |
| By: | /s/ Ethan S. Cartwright |
| | Ethan S. Cartwright, Staff Attorney |
| | Bar No. 24068273 |
| | PAM BASSEL STANDING CHAPTER 13 TRUSTEE |
| | Bar No. 01344800 |
| | 7001 Blvd 26, Ste 150 |
| | North Richland Hills, TX 76180 |
| | (817) 916-4710 Phone |
| | (817) 916-4770 Fax |

**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No. 01344800
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Telephone: (817) 916-4710
Facsimile: (817) 916-4770

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 20-43914-MXM-13 |

**CARROLL JAMES LEBOUEF III**
    2130 SHORELINE DR
    FLOWER MOUND, TX 75022
    SSN/TIN: XXX-XX-5878

**CHALLIS LEE LEBOUEF**
    2130 SHORELINE DR
    FLOWER MOUND, TX 75022
    SSN/TIN: XXX-XX-3862

**DEBTORS**       **HEARING: May 20, 2021 AT 8:30 AM**

**TRUSTEE'S OBJECTION TO PROOF OF CLAIM**

NO HEARING WILL BE CONDUCTED ON THIS OBJECTION TO CLAIM UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS AT LEAST 33 DAYS FROM THE DATE OF SERVICE HEREOF.  IF A RESPONSE IS TIMELY FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY.  IF NO RESPONSE IS TIMELY FILED, THE OBJECTION SHALL BE DEEMED UNOPPOSED AND THE COURT MAY ENTER AN ORDER SUSTAINING IT.

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

    NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this Trustee's Objection to the Proof of Claim filed by KAPITUS ("Creditor").  Trustee would respectfully show the Court as follows:

1. The Trustee files this Objection pursuant to 11 U.S.C. §502(b)(1) and FED. R. BANKR. P. 3002 and 3007.

2. Creditor filed a Proof of Claim No. 27 ("Claim") on April 07, 2021 in the amount of $936,446.53.

3. The Non-Governmental Claims Bar Date is March 11, 2021.  The Governmental Claims Bar Date is June 29, 2021.

4. Claim No. 27 is a late-filed claim and should be disallowed.

    WHEREFORE, Trustee prays that the Court DISALLOW Creditor's Claim and for general relief.

                                         Respectfully Submitted,

                     By:   <u>/s/ Ethan S. Cartwright</u>
                          Ethan S. Cartwright, Staff Attorney
                          Bar No. 24068273
                          PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                          Bar No. 01344800
                          7001 Blvd 26, Ste 150
                          North Richland Hills, TX 76180
                          (817) 916-4710 Phone
                          (817) 916-4770 Fax

## CERTIFICATE OF CONFERENCE

No conference was held prior to the filing of this objection because doing so is impracticable given the number of objections routinely filed by the Trustee.

                By:    /s/ Ethan S. Cartwright
                         Ethan S. Cartwright

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors and the parties listed below, if any.

                By:    /s/ Ethan S. Cartwright
                         Ethan S. Cartwright

**CREDITOR**
KAPITUS
120 W 45TH ST 4TH FL
NEW YORK, NY  10036

PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Telephone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                  CASE NO.: 20-43914-MXM-13

**CARROLL JAMES LEBOUEF III**
    2130 SHORELINE DR
    FLOWER MOUND, TX 75022
    SSN/TIN: XXX-XX-5878

**CHALLIS LEE LEBOUEF**
    2130 SHORELINE DR
    FLOWER MOUND, TX 75022
    SSN/TIN: XXX-XX-3862

**DEBTORS**                                                        **HEARING: May 20, 2021 AT 8:30 AM**

**NOTICE OF HEARING ON OBJECTION TO PROOF OF CLAIM**

NO HEARING WILL CONDUCTED ON THIS OBJECTION TO CLAIM UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS AT LEAST 33 DAYS FROM THE DATE OF SERVICE. IF NO RESPONSE IS TIMELY FILED, THE OBJECTION SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER SUSTAINING IT.

    If an opposed response is timely filed and remains unresolved, this matter will be called at the docket call on the date and time above in Room 128 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102-3643 with a hearing following docket call.

                                                        Respectfully Submitted,

                                        By:    /s/ Ethan S. Cartwright
                                                  Ethan S. Cartwright, Staff Attorney
                                                  Bar No. 24068273
                                                  PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                                                  Bar No. 01344800
                                                  7001 Blvd 26, Ste 150
                                                  North Richland Hills, TX 76180
                                                  (817) 916-4710 Phone
                                                  (817) 916-4770 Fax

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors and the parties listed below, if any.

                            By:    /s/ Ethan S. Cartwright
                                    Ethan S. Cartwright

**CREDITOR**
KAPITUS
120 W 45TH ST 4TH FL
NEW YORK, NY  10036