**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No. 01344800
7001 Blvd. 26, Suite 150
North Richland Hills, TX 76180
Phone (817) 916-4710
Fax (817) 916-4770

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **CASE NO.: 20-43914-MXM-13**

    **CARROLL JAMES LEBOUEF, III**
        2130 SHORELINE DRIVE
        FLOWER MOUND, TX 75022
        SSN / ITIN: XXX-XX-5878

    **CHALLIS LEE LEBOUEF**
        2130 SHORELINE DRIVE
        FLOWERMOUND, TX 75022
        SSN / ITIN: XXX-XX-3862

**DEBTOR(S)**  **HEARING: JUNE 17, 2021 AT 8:30 AM**

**NOTICE OF HEARING ON**
**TRUSTEE'S MOTION TO DISMISS FOR INELIGIBILITY**

    This matter will be called at the docket call on the date and time above in Room 120 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102-3643 with a hearing following docket call.

        Respectfully submitted,

By:   /s/ Ethan S. Cartwright
       Ethan S. Cartwright, Staff Attorney
       Bar No. 24068273
       PAM BASSEL STANDING CHAPTER 13 TRUSTEE
       Bar No. 01344800
       7001 Boulevard 26, Suite 150
       North Richland Hills, TX 76180
       (817) 916-4710 Phone
       (817) 916-4770 Fax

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor(s) and the parties listed below, if any.

                                             By:    /s/ Ethan S. Cartwright
                                                         Ethan S. Cartwright

CARROLL JAMES LEBOUEF, III
CHALLIS LEE LEBOUEF
2130 SHORELINE DRIVE
FLOWERMOUND, TX 75022