Charles M. Rubio P.C.
PARKINS LEE & RUBIO LLP
TX Bar No. 24083768
50 Main Street, Suite 1000
White Plains, NY 10606
Email: crubio@parkinslee.com
Phone: 212-763-3331

*Counsel to Kapitus Servicing, Inc.*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In re: <br><br> CARROLL JAMES LEBOUEF, III and CHALLIS LEE LEBOUEF <br><br> Joint Debtors. | CASE NO. 20-43914 <br><br> CHAPTER 13 |

**KAPITUS SERVICING, INC.'S WITNESS AND EXHIBIT LIST**

| Judge: | Mark C. Mullin |
|---|---|
| Parties Name: | Kapitus Servicing, Inc., formerly Colonial Funding Network, Inc., as servicing agent for Discount Merchant Funding |
| Attorney's Name: | Charles M. Rubio |
| Attorney's Telephone: | 212-763-3331 |
| Nature of Proceeding: | Hearing on: <br><br> • Trustee's Objection to Proof of Claim [ECF No. 67], and <br><br> • Motion to Allow Late Filed Claim [ECF No. 75]. |

Kapitus Servicing, Inc., formerly Colonial Funding Network, Inc., as servicing agent for Discount Merchant Funding ("Kapitus") by and through counsel of record, hereby submits this Witness and Exhibit List in connection with the hearing on Trustee's *Objection to Proof of Claim*

1

[ECF No. 67] and Kapitus' *Motion to Allow Late Filed Claim* [ECF No. 75] in the above-captioned bankruptcy case.

## WITNESSES

Kapitus may call any of the following witnesses at the Hearing, whether in person or by proffer:

1. Carolina Baez;

2. Any witness(es) called or designated by another party; and

3. Any witness(es) necessary to rebut the testimony of any witness(es) called or designated by any other party.

## EXHIBITS

Kapitus may offer for admission into evidence any of the following exhibits at the trial:

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Voluntary Petition for Individuals Filing for Bankruptcy for relief under Chapter 13 [ECF. No. 1] | | | | |
| 2 | Debtors' Schedules [ECF No. 20] | | | | |
| 3 | Debtors' Amended Verification of Creditor Matrix [ECF No. 25] | | | | |
| 4 | Debtors' Amended Schedules [ECF No. 59] | | | | |
| 5 | Proof of Claim No. 27, filed by Kapitus Servicing, Inc. formerly Colonial Funding Network, Inc., as servicing agent for Discount Merchant Funding | | | | |
| 6 | Bankruptcy Search Page: Bullmoose Motor Sports, LLC | | | | |

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 7 | Kapitus Bankruptcy Queue View | | | | |

Kapitus reserves the right to supplement, amend or delete any witness and exhibit prior to the hearing. Kapitus also reserves the right to use any exhibit presented by any other party and to ask the Court to take judicial notice of any document. Finally, Kapitus reserves the right to introduce exhibits previously admitted.

Dated: May 17, 2021

/s/ *Charles M. Rubio*
PARKINS LEE & RUBIO LLP
Charles M. Rubio P.C.
TX Bar No. 24083768
50 Main Street, Suite 1000
White Plains, NY 10606
Email: crubio@parkinslee.com
Phone: 212-763-3331

*Counsel For Kapitus Servicing, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2021, a true and correct copy of the foregoing document was served electronically on those parties registered to receive electronic notice via the Court's CM/ECF system and by email to counsel for the Trustee at ethan.cartwright@fwch13.com.

/s/ *Charles M. Rubio*